# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., et al.,<br><br>Defendants. | C.A. No. 11-322-SLR<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT MICROSOFT CORPORATION'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Microsoft Corporation ("Microsoft") discloses the following: Microsoft has no parent corporation. No publicly held corporation owns 10% or more of Microsoft's stock.

Dated: October 5, 2011

FISH & RICHARDSON P.C.

By: */s/ Lauren Murphy Pringle*
William J. Marsden, Jr. (#2247)
Lauren Murphy Pringle (#5375)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899
(302) 652-5070
marsden@fr.com
pringle@fr.com

Attorney for Defendant Microsoft Corporation