**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC, )<br> )<br>            Plaintiff, )<br> )<br>   v. )<br> )<br>ACTIVISION BLIZZARD, INC.; ATARI, INC.; )<br>CARTOON INTERACTIVE GROUP, INC.; CCP )<br>NORTH AMERICA, INC.; CRYPTIC STUDIOS, )<br>INC.; ELECTRONIC ARTS, INC.; )<br>ESPN/STARWAVE PARTNERS d/b/a ESPN )<br>INTERNET VENTURES; GAIA INTERACTIVE, )<br>INC.; MICROSOFT CORPORATION; MINICLIP )<br>AMERICA INC.; MLB ADVANCED MEDIA, )<br>L.P.; ONLIVE INC.; POPCAP GAMES, INC.; )<br>SONY COMPUTER ENTERTAINMENT )<br>AMERICA LLC; SONY CORPORATION OF )<br>AMERICA; SONY ONLINE ENTERTAINMENT )<br>LLC; TURBINE, INC.; TURNER DIGITAL )<br>BASKETBALL SERVICES, INC.; VALVE )<br>CORPORATION; YAHOO! INC, ZYNGA, INC., )<br>DISNEY ONLINE STUDIOS CANADA INC., )<br>AND DISNEY ONLINE, )<br> )<br>            Defendants. ) | C.A. No. 11-322-SLR<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE
OF CLAIMS AGAINST ONLIVE INC.**

Plaintiff Walker Digital, LLC ("Walker") and Defendant OnLive Inc. ("OnLive"), through their respective counsel respectfully stipulate to the dismissal without prejudice of all claims asserted by Walker against OnLive in this case. Walker and OnLive further stipulate that they shall each bear their own attorneys' fees, expenses and costs associated with the aforementioned claims.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | BAYARD P.A. |
| By: __/s/ *David E. Moore*__<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant OnLive Inc.* | By: __/s/ *Stephen B. Brauerman*__<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>Tel: (302) 429-4232<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorney for Plaintiff Walker Digital, LLC.* |

IT IS SO ORDERED this ____ day of _____, 2011.


_____
United States District Judge

1030427/37001

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 7, 2011, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on October 7, 2011, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | James C. Otteson |
| Stephen B. Brauerman | David A. Caine |
| BAYARD, P.A. | Tom Carmack |
| 222 Delaware Avenue, Suite 900 | Xiang Long |
| Wilmington, DE 19899 | AGILITY IP LAW, LLC |
| rkirk@bayardlaw.com | 1900 University Circle, Suite 201 |
| sbrauerman@bayardlaw.com | East Palo Alto, CA  94303 |
| *Attorneys for Plaintiff Walker Digital, LLC* | jim@agilityiplaw.com |
| | dacaine@agilityiplaw.com |
| | tom@agilityiplaw.com |
| | longxiang@agilityiplaw.com |
| | *Attorneys for Plaintiff Walker Digital, LLC* |

Jack B. Blumenfeld
Rodger D. Smith, II
Melissa L. Troutner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, Sony Online Entertainment LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc. and Zynga Inc.*

Wayne M. Barsky
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA  90067
wbarsky@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Timothy P. Best
Jason C. Lo
Jennifer J. Rho
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
tbest@gibsondunn.com
jlo@gibsondunn.com
jrho@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Neema Jalali
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
njalali@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Douglas J. Kline
David J. Goldstone
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
dgoldstone@goodwinprocter.com
dkline@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Rebecca Unruh
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
runruh@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Karen V. Sullivan
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
karen.sullivan@dbr.com
*Attorneys for Defendants Disney Online Studios Canada Inc., Disney Online, and ESPN/Starwave Partners doing business as ESPN Internet Ventures*

Wilson M. Brown, III
Patrick J. Kelleher
Michael J. Burg
Drinker Biddle & Reath LLP One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Wilson.brown@dbr.com
Patrick.kelleher@dbr.com
Michael.burg@dbr.com
*Attorneys for Defendants Disney Online Studios Canada Inc., Disney Online, and ESPN/Starwave Partners doing business as ESPN Internet Ventures*

William J. Marsden, Jr.
Tara D. Elliott
Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
marsden@fr.com
elliott@fr.com
pringle@fr.com
*Attorneys for Defendant Microsoft Corporation*

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com
*Attorneys for Defendant Miniclip America Inc.*

Edward J. Naughton
Rebecca A. MacDowell
Brown Rudnick
One Financial Center
Boston, MA  02111
enaughton@brownrudnick.com
rmacdowell@brownrudnick.com
*Attorneys for Defendant Miniclip America Inc.*

Michael P. Kelly
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
*Attorneys for Defendant MLB Advanced Media LP*

Jennifer L. Greenblatt
Brian P. O'Donoghue
Alan E. Littmann
Goldman Ismail Tomaselli Brennan & Baum LLP
1 North Franklin Street, Suite 625
Chicago, IL  60606
jgreenblatt@goldmanismail.com
bodonoghue@goldmanismail.com
alittmann@goldmanismail.com
*Attorneys for Defendant MLB Advanced Media LP*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant OnLive, Inc.*

Robert E. Freitas
Craig R. Kaufman
Freitas, Tseng, Baik & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
rfreitas@ftbklaw.com
ckaufman@ftbklaw.com
*Attorneys for Defendant Onlive, Inc.*

Karineh Khachatourian
Bryan Sinclair
K&L Gates LLP
630 Hansen Way
Palo Alto, CA  94304
karineh.khachatourian@klgates.com
Brian.sinclair@klgates.com
*Attorneys for Defendant Sony Computer Entertainment America LLC*

Sarah E. DiLuzio
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE  19801
sdiluzio@potteranderson.com
*Attorneys for Defendant Valve Corporation*

Jayson W. Sowers
Gavin W. Skok
Riddle Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
jsowers@riddellwilliams.com
gskoke@riddellwilliams.com
*Attorneys for Defendant Valve Corporation*

Reynaldo C. Barcelo
Barcelo, Harrison & Walker, LLP
2901 West Coast Hwy, Suite 200
Newport Beach, CA 92663
rey@bhiplaw.com
*Attorneys for Defendant Valve Corporation*

By:    */s/ David E. Moore*
      Richard L. Horwitz
      David E. Moore
      POTTER ANDERSON & CORROON LLP
      Tel:  (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

1016369/37001