IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 11-309-SLR |
| GOOGLE, INC., et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 11-313-SLR |
| FANDANGO, INC., et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 11-315-SLR |
| AMAZON.COM, INC., et al., | ) |
| Defendants. | ) |

| | |
|---|---|
| WALKER DIGITIAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civ. No. 11-322-SLR |
| ACTIVISION BLIZZARD, INC., et al., | ) |
| Defendants. | ) |

# ORDER

At Wilmington this      20th day of October, 2011, the parties having agreed to file four separate proposed scheduling orders following the August 5, 2011 in-person status and scheduling conference, and no proposed orders having been filed;

IT IS ORDERED that, on or before **October 27, 2011**, the parties shall file the proposed scheduling orders based on the discussions held at the conference.  If the parties have not reached agreement on any of the parameters of discovery, counsel shall include each proposal and the court shall decide.

United States District Judge

2