IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-309-SLR |
| GOOGLE, INC., et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-313-SLR |
| FANDANGO, INC., et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-315-SLR |
| AMAZON.COM, INC., et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| WALKER DIGITIAL, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-322-SLR |
| ACTIVISION BLIZZARD, INC., et al., | ) | |
| Defendants. | ) | |

# ORDER

At Wilmington this 1st day of November, 2011, pursuant to Fed. R. Civ. P. 53(a)(1)(C);

IT IS ORDERED that the above-captioned cases are hereby referred to the Clerk of Court for assignment of a Special Master for the purposes of exploring ADR. Upon selection of a Special Master, the court shall enter a further order appointing same.

IT IS FURTHER ORDERED that these cases may be referred to the Special Master for discovery at a later time.

                                                 *[signature]*
                                           United States District Judge