## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>ACTIVISION, *et al.*,<br><br>     Defendants. | C.A. No. 11-322-SLR |

## STIPULATION OF DISMISSAL AS TO
## DEFENDANT MLB ADVANCED MEDIA, L.P.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Walker Digital, LLC ("Plaintiff") and Defendant MLB Advanced Media, L.P. ("MLBAM"), by and through their undersigned counsel, and subject to the approval of the Court, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims and counterclaims in this action between Plaintiff and MLBAM are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MCCARTER & ENGLISH, LLP |
| /s/ Richard D. Kirk | /s/ Daniel M. Silver |
| Richard D. Kirk (rk0922) | Michael P. Kelly (No. 2295) |
| Stephen B. Brauerman (sb4952) | Daniel M. Silver (No.4758) |
| 222 Delaware Avenue, Suite 900 | 405 N. King Street, 8th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 984-6331 |
| rkirk@bayardlaw.com | mkelly@mccarter.com |
| sbrauerman@bayardlaw.com | dsilver@mccarter.com |
| *Attorneys for Plaintiff, Walker Digital, LLC* | *Attorneys for Defendant, MLB Advanced Media LP* |

    **SO ORDERED**, this _____ day of November, 2011.

_____
The Honorable Sue L. Robinson
United States District Court Judge