IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 11-322 (SLR) |
| ACTIVISION BLIZZARD, INC.; ATARI, | ) | |
| INC.; CARTOON INTERACTIVE GROUP, | ) | |
| INC.; CCP NORTH AMERICA, INC.; | ) | |
| CRYPTIC STUDIOS, INC.; DISNEY | ) | |
| INTERACTIVE STUDIOS, INC.; | ) | |
| ELECTRONIC ARTS, INC.; | ) | |
| ESPN/STARWAVE PARTNERS d/b/a/ ESPN | ) | |
| INTERNET VENTURES; GAIA | ) | |
| INTERACTIVE, INC.; MICROSOFT | ) | |
| CORPORATION; MINICLIP TECH (US) | ) | |
| LIMITED, INC.; MLB ADVANCED MEDIA, | ) | |
| L.P.; ONLIVE, INC.; POPCAP GAMES, INC; | ) | |
| SONY COMPUTER ENTERTAINMENT | ) | |
| AMERICA LLC; SONY CORPORATION OF | ) | |
| AMERICA; SONY ONLINE | ) | |
| ENTERTAINMENT LLC; TURBINE, INC.; | ) | |
| TURNER DIGITAL BASKETBALL | ) | |
| SERVICES, INC.; VALVE CORPORATION; | ) | |
| WALT DISNEY COMPANY; YAHOO! INC. | ) | |
| AND ZYNGA, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective immediately, the address of KASOWITZ,

BENSON, TORRES & FRIEDMAN LLP, counsel of record for defendant Yahoo! Inc., is 333 Twin

Dolphin Drive, Suite 200, Redwood Shores, CA  94065.  The new telephone number is (650)

453-5170 and the new facsimile number is (650) 453-5171.  The e-mail addresses of the firm

will remain the same.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

_____

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Yahoo! Inc.*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Parker C. Ankrum
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA  94065
(650) 453-5170

Patricia Young
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

November 23, 2011

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 23, 2011, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Tom Carmack, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Karinah Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Sony Computer Entertainment*<br>*America LLC, Sony Corporation of America*<br>*and Sony Online Entertainment LLC* | *VIA ELECTRONIC MAIL* |

Jeffrey L. Moyer, Esquire                              *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                            *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Miniclip Tech (US) Limited, Inc.*

Michael P. Kelly, Esquire                              *VIA ELECTRONIC MAIL*
Daniel M. Silver, Esquire
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 North King Street
8th Floor
Wilmington, DE  19801
*Attorneys for MLB Advanced Media, L.P.*

Jennifer L. Greenblatt, Esquire                        *VIA ELECTRONIC MAIL*
Brian P. O'Donoghue, Esquire
Alan E. Littmann, Esquire
GOLDMAN ISMAIL TOMASELLI
  BRENNAN & BAUM LLP
1 Norht Franklin Street
Suite 625
Chicago, IL  60606
*Attorneys for MLB Advanced Media, L.P.*

William J. Marsden, Jr., Esquire                       *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                          *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                                  *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                             *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                                  *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                          *VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy.
Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Karen V. Sullivan, Esquire                            *VIA ELECTRONIC MAIL*
DRINKER BIDDLE & REATH LLP
1100 North Market Street
Suite 1000
Wilmington, DE  19801
*Attorneys for ESPN/Starware Partners d/b/a*
*ESPN Internet Ventures, Disney Online*
*Studios Canada, Inc. and Disney Online*

Wilson M. Brown, III, Esquire                         *VIA ELECTRONIC MAIL*
Michael J. Burg, Esuqire
DRINKER BIDDLE & REATH LLP
One Logan Square
Suite 2000
Philadelphia, PA  19103
*Attorneys for ESPN/Starware Partners d/b/a*
*ESPN Internet Ventures, Disney Online*
*Studios Canada, Inc. and Disney Online*

Patrick J. Kelleher, Esquire                          *VIA ELECTRONIC MAIL*
DRINKER BIDDLE & REATH LLP
191 North Wacker Drive
Suite 3700
Chicago, IL  60606-1698
*Attorneys for ESPN/Starware Partners d/b/a*
*ESPN Internet Ventures, Disney Online*
*Studios Canada, Inc. and Disney Online*

Wayne M. Barsky, Esquire                              *VIA ELECTRONIC MAIL*
H. Mark Lyon, Esquire
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Jason C. Lo, Esquire                                          *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire                                         *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Franciso, CA 94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Douglas J. Kline, Esquire                                     *VIA ELECTRONIC MAIL*
David J. Goldstone, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh, Esquire                                        *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
*Attorneys for Gaia Interactive, Inc.*

                                        /s/ *Rodger D. Smith II*
                                        _____
                                        Rodger D. Smith II (#3778)

5