IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| WALKER DIGITAL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-309-SLR |
| GOOGLE, INC., et al., | ) | |
| Defendants. | ) | |

| WALKER DIGITAL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-313-SLR |
| FANDANGO, INC., et al., | ) | |
| Defendants. | ) | |

| WALKER DIGITAL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-315-SLR |
| AMAZON.COM, INC., et al., | ) | |
| Defendants. | ) | |

| WALKER DIGITIAL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civ. No. 11-322-SLR |
| ACTIVISION BLIZZARD, INC., et al., | ) | |
| Defendants. | ) | |

# ORDER

At Wilmington this     day of November, 2011, pursuant to Fed. R. Civ. P. 53(a)(1)(C);

IT IS ORDERED that B. Wilson Redfearn, Esquire, is appointed as Special Master to manage ADR.[1]

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　United States District Judge

---

[1] These cases may also be referred to the Special Master for discovery following the January 25, 2012 discovery conference.