IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | : |
| Plaintiff | : |
| vs. | : C.A. No. 1:11-cv-00322-SLR |
| ACTIVISION BLIZZARD, INC., et al, | : |
| Defendants | : |

## **CASE REGULATION ORDER**

The Order of Reference dated November 29, 2011, having been entered by The Honorable Sue L. Robinson; IT IS ORDERED, that matters related to discovery, mediation and case regulation shall be initially addressed as follows:

Should the attorneys find that they are unable to resolve any matter covered by the Order of Reference, counsel should contact my secretary, Margie Averell, at (302) 657-5507, to schedule a telephone conference.

Not less than four business days before the conference the party seeking relief shall send me a letter, not to exceed five (5) pages, outlining the issues in dispute and its position on those issues. Not less than two business days prior to the conference, any party opposing the application shall send me a letter, not to exceed five (5) pages, outlining the basis for its opposition.

The party initiating the telephone conference is responsible for setting up the call and obtaining the court reporter.

   Should any document be filed under seal, at any time, a copy of the sealed document should be provided to the Special Master within twenty-four hours of filing.

              /s/ B. Wilson Redfearn
              _____
              B. WILSON REDFEARN, ESQUIRE
              Special Master
              United States District Court for the District of Delaware

Dated: November 29, 2011