IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | : | |
| Plaintiff | : | |
| vs. | : | C.A. No. 1:11-cv-00322-SLR |
| ACTIVISION BLIZZARD, INC., et al, | : | |
| Defendants | : | |

## ORDER REGARDING THE FEES AND EXPENSES OF THE SPECIAL MASTER

Following the Order of Reference signed by The Honorable Sue L. Robinson on November 29, 2011;

IT IS HEREBY ORDERED:

1. The fees of the Special Master will be shared 50% by the plaintiff and 50% by the involved defendants.

2. Both the plaintiff and the defendants will establish a fund for the payment of these fees and expenses. Each fund will at all times maintain a balance of not less than $7,500.00

3. The defendants will initially contribute to their fund in equal amounts. They can, however, allocate the responsibility for the payment of any bill and/or future contributions as they see fit.

4. The defendants shall establish a mechanism, not involving the Court, for the resolution of fee/expense disputes among themselves. In no instance shall a dispute between the parties delay the prompt payment of any bill.

5. The plaintiff's fund is to be administered by Richard D. Kirk, Esquire, and the defendants' fund is to be administered by Lauren Murphy Pringle, Esquire. In the event that Ms. Pringle's client is dismissed from the case, or if any attorney administering a fund withdraws from the case, it will be that attorney's responsibility to obtain a successor, who is a Delaware attorney, and advise the Special Master of the change.

6. The Special Master reserves the right to apportion these charges otherwise in the event that he determines that any party has hindered the efficient resolution of any matter.

B. WILSON REDFEARN, ESQUIRE
Special Master
United States District Court for the District of Delaware

Dated: November 29, 2011