## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>  Plaintiff,<br><br>         v.<br><br>ACTIVISION BLIZZARD, INC.; *et al.*,<br><br>  Defendants. | Civil Action No. 11-322-SLR |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for Plaintiff to serve its preliminary infringement contentions, as set forth in paragraph 1(c) of the Scheduling Order (D.I. 128), is extended until December 16, 2011, with respect to Defendant Electronic Arts Inc.

| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (#922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue – Suite 900<br>Wilmington, DE  19801<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Melissa L. Troutner (#4276)<br>1201 North Market Street<br>P.O. Bo 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>mtroutner@mnat.com<br><br>*Attorneys for Defendant Electronic Arts Inc.* |

SO ORDERED this _____ day of December 2011.

_____
J.