# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, <br><br>     Plaintiff, <br><br> v. <br><br> ACTIVISION, *et al.*, <br><br>     Defendants. | C.A. No. 11-322-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on December 9, 2011, copies of (1) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR MICROSOFT CORPORATION** were served upon the following counsel as shown:

**BY EMAIL**

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE  19899

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

Robert C. Earle, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201

Frank E. Scherkenbach, Esquire
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110

Tal Kedem, Esquire
Fish & Richardson PC
601 Lexington Avenye, 52nd Floor
New York, NY 10022

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (2) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR ZYNGA, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Jason Lo, Esquire |
| Rodger D. Smith, Esquire | Timothy P. Best, Esquire |
| Melissa L. Troutner, Esquire | Jennifer Rho, Esquire |
| Morris Nichols Arsht & Tunnell | Gibson Dunn |
| 1201 North Market Street | 333 South Grand Avenue |
| Wilmington, DE 19899 | Los Angeles, CA 90071-3197 |
| | |
| Wayne Barsky, Esquire | Neema Jalali, Esquire |
| Gibson Dunn | Gibson Dunn |
| 2029 Century Park East | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90067-3026 | San Francisco, CA 94105-2933 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (3) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR YAHOO! INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Douglas E. Lumish, Esquire |
| Rodger D. Smith, Esquire | Jeffrey G. Homrig, Esquire |
| Melissa L. Troutner, Esquire | Parker C. Ankrum, Esquire |
| Morris Nichols Arsht & Tunnell | Kasowitz, Benson, Torres & Friedman LLP |
| 1201 North Market Street | 333 Twin Dolphin Drive, Suite 200 |
| Wilmington, DE 19899 | Redwood Shores, CA 94065 |

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (4) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR VALVE CORPORATION** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| David E. Moore, Esquire | Reynaldo C. Barcelo, Esquire |
| Sarah E. DiLuzio, Esquire | Barcelo Harrison & Walker LLP |
| Potter Anderson & Corroon | 2901 West Coast Highway, Suite 200 |
| Hercules Plaza, Sixth Floor | Newport Beach, CA 92663 |
| 1313 North Market Street | |
| Wilmington, DE 19801 | |

Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (5) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR TURNER DIGITAL BASKETBALL SERVICES, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Jason Lo, Esquire |
| Rodger D. Smith, Esquire | Timothy P. Best, Esquire |
| Melissa L. Troutner, Esquire | Jennifer Rho, Esquire |
| Morris Nichols Arsht & Tunnell | Gibson Dunn |
| 1201 North Market Street | 333 South Grand Avenue |
| Wilmington, DE 19899 | Los Angeles, CA 90071-3197 |
| | |
| Wayne Barsky, Esquire | Neema Jalali, Esquire |
| Gibson Dunn | Gibson Dunn |
| 2029 Century Park East | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90067-3026 | San Francisco, CA 94105-2933 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (6) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR TURBINE, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Jason Lo, Esquire |
| Rodger D. Smith, Esquire | Timothy P. Best, Esquire |
| Melissa L. Troutner, Esquire | Jennifer Rho, Esquire |
| Morris Nichols Arsht & Tunnell | Gibson Dunn |
| 1201 North Market Street | 333 South Grand Avenue |
| Wilmington, DE 19899 | Los Angeles, CA 90071-3197 |
| | |
| Wayne Barsky, Esquire | Neema Jalali, Esquire |
| Gibson Dunn | Gibson Dunn |
| 2029 Century Park East | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90067-3026 | San Francisco, CA 94105-2933 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (7) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR SONY COMPUTER ENTERTAINMENT AMERICA LLC** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Karineh Khachatourian, Esquire |
| Rodger D. Smith, Esquire | K& L Gates LLP |
| Melissa L. Troutner, Esquire | 630 Hansen Way |
| Morris Nichols Arsht & Tunnell | Palo Alto, California 94304 |
| 1201 North Market Street | |
| Wilmington, DE 19899 | |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (8) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR POPCAP GAMES, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Jason Lo, Esquire |
| Rodger D. Smith, Esquire | Timothy P. Best, Esquire |
| Melissa L. Troutner, Esquire | Jennifer Rho, Esquire |
| Morris Nichols Arsht & Tunnell | Gibson Dunn |
| 1201 North Market Street | 333 South Grand Avenue |
| Wilmington, DE 19899 | Los Angeles, CA 90071-3197 |

| | |
|---|---|
| Wayne Barsky, Esquire | Neema Jalali, Esquire |
| Gibson Dunn | Gibson Dunn |
| 2029 Century Park East | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90067-3026 | San Francisco, CA 94105-2933 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (9) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR MINICLIP TECH (US) LIMITED INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Kelly E. Farnan, Esquire | Rebecca A. MacDowell, Esquire |
| Richards Layton & Finger PA | Edward J. Naughton, Esquire |
| One Rodney Square | Brown Rudnick |
| 920 North King Street | One Financial Center |
| Wilmington, DE 19801 | Boston, MA 02111 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (10) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR GAIA INTERACTIVE, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Rebecca Unruh, Esquire |
| Rodger D. Smith, Esquire | Goodwin Procter LLP |
| Melissa L. Troutner, Esquire | 135 Commonwealth Drive |
| Morris Nichols Arsht & Tunnell | Menlo Park, CA 94025 |
| 1201 North Market Street | |
| Wilmington, DE 19899 | |

David J. Goldstone, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (11) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR**

**ESPN/STARWAVE PARTNERS DBA ESPN INTERNET VENTURES** were served upon the following counsel as shown:

**BY EMAIL**

Karen V. Sullivan, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Wilson M. Brown, III, Esq.
Michael J. Burg, Jr., Esq.
DrinkerBiddle
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Patrick J. Kelleher, Esquire
DrinkerBiddle
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (12) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR DISNEY ONLINE STUDIOS CANADA, INC.** were served upon the following counsel as shown:

**BY EMAIL**

Karen V. Sullivan, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Wilson M. Brown, III, Esq.
Michael J. Burg, Jr., Esq.
DrinkerBiddle
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Patrick J. Kelleher, Esquire
DrinkerBiddle
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (13) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR DISNEY ONLINE** were served upon the following counsel as shown:

**BY EMAIL**
Karen V. Sullivan, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801

Wilson M. Brown, III, Esq.
Michael J. Burg, Jr., Esq.
DrinkerBiddle
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Patrick J. Kelleher, Esquire
DrinkerBiddle
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (14) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR CRYPTIC STUDIOS, INC.** were served upon the following counsel as shown:

**BY EMAIL**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (15) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR CARTOON INTERACTIVE GROUP, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Jason Lo, Esquire |
| Rodger D. Smith, Esquire | Timothy P. Best, Esquire |
| Melissa L. Troutner, Esquire | Jennifer Rho, Esquire |
| Morris Nichols Arsht & Tunnell | Gibson Dunn |
| 1201 North Market Street | 333 South Grand Avenue |
| Wilmington, DE  19899 | Los Angeles, CA 90071-3197 |
| | |
| Wayne Barsky, Esquire | Neema Jalali, Esquire |
| Gibson Dunn | Gibson Dunn |
| 2029 Century Park East | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90067-3026 | San Francisco, CA 94105-2933 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (16) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR ATARI, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Jason Lo, Esquire |
| Rodger D. Smith, Esquire | Timothy P. Best, Esquire |
| Melissa L. Troutner, Esquire | Jennifer Rho, Esquire |
| Morris Nichols Arsht & Tunnell | Gibson Dunn |
| 1201 North Market Street | 333 South Grand Avenue |
| Wilmington, DE  19899 | Los Angeles, CA 90071-3197 |
| | |
| Wayne Barsky, Esquire | Neema Jalali, Esquire |
| Gibson Dunn | Gibson Dunn |
| 2029 Century Park East | 555 Mission Street, Suite 3000 |
| Los Angeles, CA 90067-3026 | San Francisco, CA 94105-2933 |

PLEASE TAKE FURTHER NOTICE that, on December 9, 2011, copies of (17) **WALKER DIGITAL'S PRELIMINARY INFRINGEMENT CONTENTIONS FOR ACTIVISION BLIZZARD, INC.** were served upon the following counsel as shown:

**BY EMAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

PLEASE TAKE FURTHER NOTICE that, on December 13, 2011, copies of (18) this

**NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE 19899

Kelly E. Farnan, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE 19801

Karen V. Sullivan, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**

Karineh Khachatourian, Esquire
K& L Gates LLP
630 Hansen Way
Palo Alto, California 94304

Wilson M. Brown, III, Esq.
Michael J. Burg, Jr., Esq.
DrinkerBiddle
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Patrick J. Kelleher, Esquire
DrinkerBiddle
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

David J. Goldstone, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

Robert C. Earle, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201

Douglas E. Lumish, Esquire
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Reynaldo C. Barcelo, Esquire
Barcelo Harrison & Walker LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Rebecca A. MacDowell, Esquire
Edward J. Naughton, Esquire
Brown Rudnick
One Financial Center
Boston, MA 02111

Rebecca Unruh, Esquire
Goodwin Procter
135 Commonwealth Drive
Menlo Park, CA 94025

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Tal Kedem, Esquire
Fish & Richardson PC
601 Lexington Avenye, 52nd Floor
New York, NY 10022

Frank E. Scherkenbach, Esquire
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110

December 13, 2011

Of Counsel:

James C. Otteson
David A. Caine
Xiang Long
Thomas T. Carmack
Philip W. Marsh
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
(650) 227-4800
jim@agilityiplaw.com
dacaine@agilityiplaw.com
longxiang@agilityiplaw.com
tom@agilityiplaw.com
phil@agilityiplaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*