**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>ACTIVISION BLIZZARD, INC., *et al.*,<br><br>                    Defendants. | C.A. No. 11-322-SLR |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on December 22, 2011, copies of:

(1) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT ACTIVISION BLIZZARD, INC.**;

(2) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT ATARI, INC.**;

(3) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82)TO DEFENDANT CRYPTIC STUDIOS, INC.**;

(4) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-83) TO DEFENDANT DISNEY ONLINE STUDIOS CANADA, INC.**;

(5) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-83) TO DEFENDANT DISNEY ONLINE**;

(6) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTSFOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-83) TO DEFENDANT ESPN/STARWAVE PARTNERS d/b/a ESPN INTERNET VENTURES**;

(7) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT POPCAP GAMES, INC.**;

(8) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT TURBINE, INC.**;

(9) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT TURNER DIGITAL BASKETBALL SERVICES, INC.**;

(10) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT VALVE CORPORATION**;

(11) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT ZYNGA, INC.**;

(12) **WALKER DIGITAL, LLC'S FIRST SET OF COMMON INTERROGATORIES (NOS. 1-9)**;

(13) **WALKER DIGITAL, LLC'S FIRST SET OF COMMON INTERROGATORIES TO THE '382 PATENT GROUP DEFENDANTS (NOS. 1-3)** and

(14) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE  19899

Kelly E. Farnan, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Karen V. Sullivan, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801

**BY EMAIL AND BY FIRST CLASS MAIL**

Karineh Khachatourian, Esquire
K& L Gates LLP
630 Hansen Way
Palo Alto, California  94304

Patrick J. Kelleher, Esquire
DrinkerBiddle
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Wayne Barsky, Esquire
Gibson Dunn

Wilson M. Brown, III, Esq.
Michael J. Burg, Jr., Esq.
DrinkerBiddle
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Reynaldo C. Barcelo, Esquire
Barcelo Harrison & Walker LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Rebecca A. MacDowell, Esquire
Edward J. Naughton, Esquire
Brown Rudnick
One Financial Center
Boston, MA 02111

Rebecca Unruh, Esquire
Goodwin Procter

2029 Century Park East
Los Angeles, CA 90067-3026

135 Commonwealth Drive
Menlo Park, CA 94025

David J. Goldstone, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

Tal Kedem, Esquire
Fish & Richardson PC
601 Lexington Avenye, 52nd Floor
New York, NY 10022

Robert C. Earle, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201

Frank E. Scherkenbach, Esquire
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110

Douglas E. Lumish, Esquire
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

PLEASE TAKE FURTHER NOTICE that, on December 22, 2011, copies of (15) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-84) TO DEFENDANT GAIA INTERACTIVE, INC.** were served upon the following counsel as shown:

**BY EMAIL**
Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Rebecca Unruh, Esquire
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025

David J. Goldstone, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

PLEASE TAKE FURTHER NOTICE that, on December 22, 2011, copies of (16) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-84) TO DEFENDANT MINICLIP TECH (US) LIMITED, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Kelly E. Farnan, Esquire | Rebecca A. MacDowell, Esquire |
| Richards Layton & Finger PA | Edward J. Naughton, Esquire |
| One Rodney Square | Brown Rudnick |
| 920 North King Street | One Financial Center |
| Wilmington, DE 19801 | Boston, MA 02111 |

PLEASE TAKE FURTHER NOTICE that, on December 22, 2011, copies of (17) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-102) TO DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA LLC** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Karineh Khachatourian, Esquire |
| Rodger D. Smith, Esquire | K& L Gates LLP |
| Melissa L. Troutner, Esquire | 630 Hansen Way |
| Morris Nichols Arsht & Tunnell | Palo Alto, California 94304 |
| 1201 North Market Street | |
| Wilmington, DE 19899 | |

PLEASE TAKE FURTHER NOTICE that, on December 22, 2011, copies of (18) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF**

**DOCUMENTS AND TANGIBLE THINGS (NOS. 1-87) TO DEFENDANT YAHOO! INC.**
were served upon the following counsel as shown:

**BY EMAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Douglas E. Lumish, Esquire
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

PLEASE TAKE NOTICE that, on December 22, 2011, copies of (19) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-107) TO DEFENDANT MICROSOFT CORPORATION** were served upon the following counsel as shown:

**BY EMAIL**

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE  19899

Frank E. Scherkenbach, Esquire
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

Tal Kedem, Esquire
Fish & Richardson PC
601 Lexington Avenye, 52nd Floor
New York, NY 10022

Robert C. Earle, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201

PLEASE TAKE FURTHER NOTICE that, on December 22, 2011, copies of (20) **WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-83) TO DEFENDANT CARTOON INTERACTIVE GROUP, INC.** were served upon the following counsel as shown:

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith, Esquire<br>Melissa L. Troutner, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899 | Jason Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer Rho, Esquire<br>Gibson Dunn<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |
| Wayne Barsky, Esquire<br>Gibson Dunn<br>2029 Century Park East<br>Los Angeles, CA 90067-3026 | Neema Jalali, Esquire<br>Gibson Dunn<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933 |

| | |
|---|---|
| December 22, 2011<br><br>Of Counsel:<br><br>James C. Otteson<br>David A. Caine<br>Xiang Long<br>Thomas T. Carmack<br>Philip W. Marsh<br>AGILITY IP LAW, LLC<br>1900 University Circle, Suite 201<br>East Palo Alto, CA 94303<br>(650) 227-4800<br>jim@agilityiplaw.com<br>dacaine@agilityiplaw.com<br>longxiang@agilityiplaw.com<br>tom@agilityiplaw.com<br>phil@agilityiplaw.com | BAYARD, P.A.<br><br>/s/ *Stephen B. Brauerman (sb4952)*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Plaintiff Walker Digital, LLC* |