**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                              Plaintiff,<br><br>               v.<br><br>ACTIVISION, *et al.*,<br><br>                              Defendants. | C.A. No. 11-322-SLR |

**NOTICE OF SERVICE**

PLEASE  TAKE  NOTICE  that,  on  December  22,  2011,  copies  of  (1)  **WALKER**
**DIGITAL'S  AMENDED  PRELIMINARY  INFRINGEMENT  CONTENTIONS  FOR**
**CARTOON  INTERACTIVE  GROUP,  INC.** were  served  upon  the  following  counsel  as
shown:

**BY EMAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

PLEASE  TAKE  FURTHER  NOTICE  that,  on  December  22,  2011,  copies  of  (2)
**WALKER  DIGITAL'S  PRELIMINARY  INFRINGEMENT  CONTENTIONS  FOR**
**ELECTRONIC ARTS, INC.** were served upon the following counsel as shown:

**BY EMAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

PLEASE TAKE FURTHER NOTICE that, on December 23, 2011, copies of (3) this

**NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE 19801

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE 19899

Karen V. Sullivan, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801

Kelly E. Farnan, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**

Karineh Khachatourian, Esquire
K& L Gates LLP
630 Hansen Way
Palo Alto, California 94304

Wilson M. Brown, III, Esq.
Michael J. Burg, Jr., Esq.
DrinkerBiddle
One Logan Square, Ste. 2000
Philadelphia, PA 19103-6996

Patrick J. Kelleher, Esquire
DrinkerBiddle
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606-1698

Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

David J. Goldstone, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

Robert C. Earle, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201

Douglas E. Lumish, Esquire
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Reynaldo C. Barcelo, Esquire
Barcelo Harrison & Walker LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Rebecca A. MacDowell, Esquire
Edward J. Naughton, Esquire
Brown Rudnick
One Financial Center
Boston, MA 02111

Rebecca Unruh, Esquire
Goodwin Procter
135 Commonwealth Drive
Menlo Park, CA 94025

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Tal Kedem, Esquire
Fish & Richardson PC
601 Lexington Avenye, 52nd Floor
New York, NY 10022

Frank E. Scherkenbach, Esquire
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110

December 23, 2011

Of Counsel:

James C. Otteson
David A. Caine
Xiang Long
Thomas T. Carmack
Philip W. Marsh
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
(650) 227-4800
jim@agilityiplaw.com
dacaine@agilityiplaw.com
longxiang@agilityiplaw.com
tom@agilityiplaw.com
phil@agilityiplaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman (sb4952)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*