IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 11-322 (SLR) |
| | ) | |
| ACTIVISION BLIZZARD, INC.; ATARI INC.; CARTOON INTERACTIVE GROUP, INC; CCP NORTH AMERICA, INC.; CRYPTIC STUDIOS, INC.; DISNEY INTERACTIVE STUDIOS, INC.; ELECTRONIC ARTS, INC.; ESPN/STARWAVE PARTNERS d/b/a ESPN INTERNET VENTURES; GAIA INTERACTIVE, INC.; MICROSOFT CORPORATION; MINICLILP AMERICA, INC.; MLB ADVANCED MEDIA, L.P.; ONLIVE, INC.; POPCAP GAMES, INC.; SONY COMPUTER ENTERTAINMENT AMERICA LLC; CONY CORPORATION OF AMERICA; SONY ONLINE ENTERTAINMENT LLC; TURBINE, INC.; TURNER DIGITAL BASKETBALL SERVICES, INC.; VALVE CORPORATION; WALT DISNEY COMPANY; YAHOO! INC. AND ZYNGA, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, attorney Sarah E. DiLuzio, of Potter Anderson & Corroon LLP, hereby withdraws her appearance as counsel for Defendant Valve Corporation.

All other attorneys involved in the case from Riddell Williams P.S., Barcelo, Harrison & Walker, LLP, and Potter Anderson & Corroon LLP will continue to represent Defendant Valve Corporation.

                                  Respectfully submitted,

                                  POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jayson W. Sowers (#3256)
Gavin W. Skok
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel: (206) 624-3600

Reynaldo C. Barceló
BARCELÓ, HARRISON & WALKER, LLP
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
Tel: (949) 340-9736

Dated: January 6, 2012
1041167 / 36764

                                By: */s/ Sarah E. DiLuzio*
                                    David E. Moore (#3983)
                                    Sarah E. DiLuzio (#4085)
                                    Hercules Plaza, 6th Floor
                                    1313 N. Market Street
                                    Wilmington, DE 19801
                                    Tel: (302) 984-6000
                                    dmoore@potteranderson.com
                                    sdiluzio@potteranderson.com

*Attorneys for Defendant Valve Corporation*