# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No.  11-322-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Richard L. Horwitz of the law firm of Potter Anderson & Corroon LLP, 1313 N. Market Street, Hercules Plaza, 6th Floor, Wilmington, DE 19899, as Delaware counsel on behalf of defendant Valve Corporation.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jayson W. Sowers (#3256)
Gavin W. Skok
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel:  (206) 624-3600

Reynaldo C. Barceló
BARCELÓ, HARRISON & WALKER, LLP
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
Tel:  (949) 340-9736

By:  */s/ Richard L. Horwitz*
  Richard L. Horwitz (#2246)
  David E. Moore (#3983)
  Hercules Plaza, 6th Floor
  1313 N. Market Street
  Wilmington, DE  19801
  Tel:  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com

*Attorneys for Defendant Valve Corporation*

Dated:  January 10, 2012
1042183 / 36764

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 10, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on January 10, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | James C. Otteson |
| Stephen B. Brauerman | David A. Caine |
| BAYARD, P.A. | Tom Carmack |
| 222 Delaware Avenue, Suite 900 | Xiang Long |
| Wilmington, DE 19899 | AGILITY IP LAW, LLC |
| rkirk@bayardlaw.com | 1900 University Circle, Suite 201 |
| sbrauerman@bayardlaw.com | East Palo Alto, CA  94303 |
| *Attorneys for Plaintiff Walker Digital, LLC* | jim@agilityiplaw.com |
| | dacaine@agilityiplaw.com |
| | tom@agilityiplaw.com |
| | longxiang@agilityiplaw.com |
| | *Attorneys for Plaintiff Walker Digital, LLC* |

Jack B. Blumenfeld
Rodger D. Smith, II
Melissa L. Troutner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, Sony Online Entertainment LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc. and Zynga Inc.*

Wayne M. Barsky
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA  90067
wbarsky@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Timothy P. Best
Jason C. Lo
Jennifer J. Rho
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
tbest@gibsondunn.com
jlo@gibsondunn.com
jrho@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Neema Jalali
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
njalali@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Douglas J. Kline
David J. Goldstone
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
dgoldstone@goodwinprocter.com
dkline@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Rebecca Unruh
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
runruh@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Karen V. Sullivan
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
karen.sullivan@dbr.com
*Attorneys for Defendants Disney Online Studios Canada Inc., Disney Online, and ESPN/Starwave Partners doing business as ESPN Internet Ventures*

Wilson M. Brown, III
Patrick J. Kelleher
Michael J. Burg
Drinker Biddle & Reath LLP One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Wilson.brown@dbr.com
Patrick.kelleher@dbr.com
Michael.burg@dbr.com
*Attorneys for Defendants Disney Online Studios Canada Inc., Disney Online, and ESPN/Starwave Partners doing business as ESPN Internet Ventures*

William J. Marsden, Jr.
Tara D. Elliott
Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
marsden@fr.com
elliott@fr.com
pringle@fr.com
*Attorneys for Defendant Microsoft Corporation*

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com
*Attorneys for Defendant Miniclip America Inc.*

Edward J. Naughton
Rebecca A. MacDowell
Brown Rudnick
One Financial Center
Boston, MA  02111
enaughton@brownrudnick.com
rmacdowell@brownrudnick.com
*Attorneys for Defendant Miniclip America Inc.*

Michael P. Kelly
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
*Attorneys for Defendant MLB Advanced Media LP*

| | |
|---|---|
| Jennifer L. Greenblatt<br>Brian P. O'Donoghue<br>Alan E. Littmann<br>Goldman Ismail Tomaselli Brennan & Baum LLP<br>1 North Franklin Street, Suite 625<br>Chicago, IL  60606<br>jgreenblatt@goldmanismail.com<br>bodonoghue@goldmanismail.com<br>alittmann@goldmanismail.com<br>*Attorneys for Defendant MLB Advanced Media LP* | Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE  19801<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>*Attorneys for Defendant OnLive, Inc.* |
| Robert E. Freitas<br>Craig R. Kaufman<br>Freitas, Tseng, Baik & Kaufman LLP<br>100 Marine Parkway, Suite 200<br>Redwood Shores, CA  94065<br>rfreitas@ftbklaw.com<br>ckaufman@ftbklaw.com<br>*Attorneys for Defendant Onlive, Inc.* | Karineh Khachatourian<br>Bryan Sinclair<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>karineh.khachatourian@klgates.com<br>Brian.sinclair@klgates.com<br>*Attorneys for Defendant Sony Computer Entertainment America LLC* |
| Jayson W. Sowers<br>Gavin W. Skok<br>Riddle Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154-1192<br>jsowers@riddellwilliams.com<br>gskoke@riddellwilliams.com<br>*Attorneys for Defendant Valve Corporation* | Reynaldo C. Barcelo<br>Barcelo, Harrison & Walker, LLP<br>2901 West Coast Hwy, Suite 200<br>Newport Beach, CA 92663<br>rey@bhiplaw.com<br>*Attorneys for Defendant Valve Corporation* |

                                 By:    */s/ David E. Moore*
                                          Richard L. Horwitz
                                          David E. Moore
                                          POTTER ANDERSON & CORROON LLP
                                          Tel:  (302) 984-6000
                                          rhorwitz@potteranderson.com
                                          dmoore@potteranderson.com

1016369/37001