IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>ACTIVISION BLIZZARD, INC., et al.,<br><br>      Defendants. | C.A. No. 11-322-SLR |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Walker Digital, LLC ("Walker Digital") and defendants Disney Online Studios Canada, Inc., Disney Online, and ESPN/Starwave Partners d/b/a ESPN Internet Ventures (collectively, "Disney"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims by Walker Digital against Disney in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (No. 922)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue – Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, Inc.*

January 24, 2012

DRINKER BIDDLE & REATH LLP

/s/ Karen V. Sullivan
Karen V. Sullivan (No. 3872)
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Tel: (302) 467-4200
Karen.Sullivan@dbr.com

*Attorneys for Defendants Disney Online Studios Canada, Inc., Disney Online, and ESPN/Starwave Partners d/b/a ESPN Internet Ventures*

IT IS SO ORDERED this _____ day of _____ 2012.

_____
United States District Judge