**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No.  11-322-SLR |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following

documents were caused to be served on  January 31, 2012, upon the following attorneys of

record as indicated below:

**DEFENDANT VALVE CORPORATION'S FIRST SET OF REQUESTS
FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS
TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**

**VIA HAND DELIVERY**

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
*Attorneys for Plaintiff Walker Digital, LLC*

**VIA ELECTRONIC MAIL**

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff Walker Digital, LLC*

James C. Otteson
David A. Caine
Tom Carmack
Xiang Long
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
jim@agilityiplaw.com
dacaine@agilityiplaw.com
tom@agilityiplaw.com
longxiang@agilityiplaw.com
*Attorneys for Plaintiff Walker Digital, LLC*

Jack B. Blumenfeld
Rodger D. Smith, II
Melissa L. Troutner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, Sony Online Entertainment LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc. and Zynga Inc.*

Wayne M. Barsky
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA  90067
wbarsky@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Timothy P. Best
Jason C. Lo
Jennifer J. Rho
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
tbest@gibsondunn.com
jlo@gibsondunn.com
jrho@gibsondunn.com
*Attorneys for Defendants Activision Blizzard,*
*Atari, Inc., Cartoon Interactive Group,Inc.,*
*Cryptic Studios, Inc., Electronic Arts Inc.,*
*PopCap Games, Inc., Turbine, Inc., Turner*
*Digital Basketball Services, Inc., and Zynga*
*Inc.*

Neema Jalali
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
njalali@gibsondunn.com
*Attorneys for Defendants Activision Blizzard,*
*Atari, Inc., Cartoon Interactive Group,Inc.,*
*Cryptic Studios, Inc., Electronic Arts Inc.,*
*PopCap Games, Inc., Turbine, Inc., Turner*
*Digital Basketball Services, Inc., and Zynga*
*Inc.*

Douglas J. Kline
David J. Goldstone
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
dgoldstone@goodwinprocter.com
dkline@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Rebecca Unruh
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
runruh@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive*
*Inc.*

Karen V. Sullivan
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
karen.sullivan@dbr.com
*Attorneys for Defendants Disney Online*
*Studios Canada Inc., Disney Online, and*
*ESPN/Starwave Partners doing business as*
*ESPN Internet Ventures*

Wilson M. Brown, III
Patrick J. Kelleher
Michael J. Burg
Drinker Biddle & Reath LLP One Logan
Square, Suite 2000
Philadelphia, PA  19103-6996
Wilson.brown@dbr.com
Patrick.kelleher@dbr.com
Michael.burg@dbr.com
*Attorneys for Defendants Disney Online*
*Studios Canada Inc., Disney Online, and*
*ESPN/Starwave Partners doing business as*
*ESPN Internet Ventures*

William J. Marsden, Jr.
Tara D. Elliott
Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
marsden@fr.com
elliott@fr.com
pringle@fr.com
*Attorneys for Defendant Microsoft
Corporation*

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com
*Attorneys for Defendant Miniclip America
Inc.*

Edward J. Naughton
Rebecca A. MacDowell
Brown Rudnick
One Financial Center
Boston, MA  02111
enaughton@brownrudnick.com
rmacdowell@brownrudnick.com
*Attorneys for Defendant Miniclip America Inc.*

Michael P. Kelly
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
*Attorneys for Defendant MLB Advanced
Media LP*

Jennifer L. Greenblatt
Brian P. O'Donoghue
Alan E. Littmann
Goldman Ismail Tomaselli Brennan & Baum
LLP
1 North Franklin Street, Suite 625
Chicago, IL  60606
jgreenblatt@goldmanismail.com
bodonoghue@goldmanismail.com
alittmann@goldmanismail.com
*Attorneys for Defendant MLB Advanced Media
LP*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant OnLive, Inc.*

Robert E. Freitas
Craig R. Kaufman
Freitas, Tseng, Baik & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
rfreitas@ftbklaw.com
ckaufman@ftbklaw.com
*Attorneys for Defendant Onlive, Inc.*

Karineh Khachatourian
Bryan Sinclair
K&L Gates LLP
630 Hansen Way
Palo Alto, CA  94304
karineh.khachatourian@klgates.com
Brian.sinclair@klgates.com
*Attorneys for Defendant Sony Computer
Entertainment America LLC*

Jayson W. Sowers
Gavin W. Skok
Riddle Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
jsowers@riddellwilliams.com
gskoke@riddellwilliams.com
*Attorneys for Defendant Valve Corporation*

Reynaldo C. Barcelo
Barcelo, Harrison & Walker, LLP
2901 West Coast Hwy, Suite 200
Newport Beach, CA 92663
rey@bhiplaw.com
*Attorneys for Defendant Valve Corporation*

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Jayson W. Sowers
Gavin W. Skok
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
Tel:  (206) 624-3600

Reynaldo C. Barceló
BARCELÓ, HARRISON & WALKER, LLP
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
Tel:  (949) 340-9736

By:   */s/ David E. Moore*
        Richard L. Horwitz(#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        Wilmington, DE  19801
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Attorneys for Defendant Valve Corporation*

Dated:   January 31, 2012
1045228 / 36764

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

<u>**CERTIFICATE OF SERVICE**</u>

I, David E. Moore, hereby certify that on January 31, 2012, the attached document was

electronically filed with the Clerk of the Court using CM/ECF which will send notification to the

registered attorney(s) of record that the document has been filed and is available for viewing and

downloading.

I further certify that on January 31, 2012, the attached document was Electronically

Mailed to the following person(s):

Richard D. Kirk
Stephen B. Brauerman
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
*Attorneys for Plaintiff Walker Digital, LLC*

James C. Otteson
David A. Caine
Tom Carmack
Xiang Long
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
jim@agilityiplaw.com
dacaine@agilityiplaw.com
tom@agilityiplaw.com
longxiang@agilityiplaw.com
*Attorneys for Plaintiff Walker Digital, LLC*

Jack B. Blumenfeld
Rodger D. Smith, II
Melissa L. Troutner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants Activision Blizzard,
Inc., Atari, Inc., Cartoon Interactive
Group,Inc., Cryptic Studios, Inc., Electronic
Arts Inc., Gaia Interactive Inc., PopCap
Games, Inc., Sony Computer Entertainment
America LLC, Sony Corporation of America,
Sony Online Entertainment LLC, Turbine, Inc.,
Turner Digital Basketball Services, Inc.,
Yahoo! Inc. and Zynga Inc.*

Wayne M. Barsky
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA  90067
wbarsky@gibsondunn.com
*Attorneys for Defendants Activision Blizzard,
Atari, Inc., Cartoon Interactive Group,Inc.,
Cryptic Studios, Inc., Electronic Arts Inc.,
PopCap Games, Inc., Turbine, Inc., Turner
Digital Basketball Services, Inc., and Zynga
Inc.*

Timothy P. Best
Jason C. Lo
Jennifer J. Rho
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
tbest@gibsondunn.com
jlo@gibsondunn.com
jrho@gibsondunn.com
*Attorneys for Defendants Activision Blizzard,
Atari, Inc., Cartoon Interactive Group,Inc.,
Cryptic Studios, Inc., Electronic Arts Inc.,
PopCap Games, Inc., Turbine, Inc., Turner
Digital Basketball Services, Inc., and Zynga
Inc.*

Neema Jalali
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
njalali@gibsondunn.com
*Attorneys for Defendants Activision Blizzard,
Atari, Inc., Cartoon Interactive Group,Inc.,
Cryptic Studios, Inc., Electronic Arts Inc.,
PopCap Games, Inc., Turbine, Inc., Turner
Digital Basketball Services, Inc., and Zynga
Inc.*

Douglas J. Kline
David J. Goldstone
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
dgoldstone@goodwinprocter.com
dkline@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Rebecca Unruh
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
runruh@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive
Inc.*

Karen V. Sullivan
Drinker Biddle & Reath LLP
1100 North Market Street, Suite 1000
Wilmington, DE 19801-1254
karen.sullivan@dbr.com
*Attorneys for Defendants Disney Online
Studios Canada Inc., Disney Online, and
ESPN/Starwave Partners doing business as
ESPN Internet Ventures*

Wilson M. Brown, III
Patrick J. Kelleher
Michael J. Burg
Drinker Biddle & Reath LLP One Logan
Square, Suite 2000
Philadelphia, PA  19103-6996
Wilson.brown@dbr.com
Patrick.kelleher@dbr.com
Michael.burg@dbr.com
*Attorneys for Defendants Disney Online
Studios Canada Inc., Disney Online, and
ESPN/Starwave Partners doing business as
ESPN Internet Ventures*

William J. Marsden, Jr.
Tara D. Elliott
Lauren Murphy Pringle
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899-1114
marsden@fr.com
elliott@fr.com
pringle@fr.com
*Attorneys for Defendant Microsoft
Corporation*

Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger, PA
One Rodney Square
920 N. King Street
Wilmington, DE 19801
moyer@rlf.com
farnan@rlf.com
*Attorneys for Defendant Miniclip America
Inc.*

Edward J. Naughton
Rebecca A. MacDowell
Brown Rudnick
One Financial Center
Boston, MA  02111
enaughton@brownrudnick.com
rmacdowell@brownrudnick.com
*Attorneys for Defendant Miniclip America Inc.*

Michael P. Kelly
Daniel M. Silver
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
mkelly@mccarter.com
dsilver@mccarter.com
*Attorneys for Defendant MLB Advanced
Media LP*

Jennifer L. Greenblatt
Brian P. O'Donoghue
Alan E. Littmann
Goldman Ismail Tomaselli Brennan & Baum
LLP
1 North Franklin Street, Suite 625
Chicago, IL  60606
jgreenblatt@goldmanismail.com
bodonoghue@goldmanismail.com
alittmann@goldmanismail.com
*Attorneys for Defendant MLB Advanced Media
LP*

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE  19801
rhorwitz@potteranderson.com
dmoore@potteranderson.com
*Attorneys for Defendant OnLive, Inc.*

Robert E. Freitas
Craig R. Kaufman
Freitas, Tseng, Baik & Kaufman LLP
100 Marine Parkway, Suite 200
Redwood Shores, CA  94065
rfreitas@ftbklaw.com
ckaufman@ftbklaw.com
*Attorneys for Defendant Onlive, Inc.*

Karineh Khachatourian
Bryan Sinclair
K&L Gates LLP
630 Hansen Way
Palo Alto, CA  94304
karineh.khachatourian@klgates.com
Brian.sinclair@klgates.com
*Attorneys for Defendant Sony Computer
Entertainment America LLC*

Jayson W. Sowers
Gavin W. Skok
Riddle Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192
jsowers@riddellwilliams.com
gskoke@riddellwilliams.com
*Attorneys for Defendant Valve Corporation*

Reynaldo C. Barcelo
Barcelo, Harrison & Walker, LLP
2901 West Coast Hwy, Suite 200
Newport Beach, CA 92663
rey@bhiplaw.com
*Attorneys for Defendant Valve Corporation*

By:    */s/ David E. Moore*
       Richard L. Horwitz
       David E. Moore
       POTTER ANDERSON & CORROON LLP
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       dmoore@potteranderson.com

1016369/37001