IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,

        Plaintiff,

v.

ACTIVISION BLIZZARD, INC., et al.,

        Defendants.

C.A. No. 11-cv-322-SLR

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 31, 2012, true and correct copies of

- **DEFENDANT MICROSOFT CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35),** and

- **DEFENDANT MICROSOFT CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-54) TO PLAINTIFF WALKER DIGITAL, LLC RELATING TO THE '382 PATENT**

were caused to be served on the following attorney of record as indicated:

**VIA HAND DELIVERY**
Richard D. Kirk
Stephen B. Brauerman
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899

**VIA E-MAIL**
Jack B. Blumenfeld
Melissa L. Troutner
Rodger D. Smith II
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington , DE  19899

**VIA E-MAIL**
Jeffrey L. Moyer
Kelly E. Farnan
Richards, Layton & Finger P.A.
920 N. King Street
Wilmington, DE 19801

**VIA E-MAIL**
Richard Horwitz
David E. Moore
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801

DATED:  January 31, 2012         FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Lauren Murphy Pringle (#5375)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE  19899-1114
(302) 652-5070
marsden@fr.com
pringle@fr.com

*Attorneys for Defendant Microsoft Corp.*