**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WALKER DIGITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-322-SLR |
| | ) | |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 6, 2012, copies of: (i) Defendant Miniclip Tech (US) Limited, Inc.'s Responses to Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9) and (ii) Defendant Miniclip Tech (US) Limited, Inc.'s Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-84) were served on counsel as follows:

**BY E-MAIL AND HAND DELIVERY:**

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

-2-

Of Counsel:

Edward J. Naughton
Rebecca A. MacDowell
Brown Rudnick LLP
One Financial Center
Boston, MA 02111
(617) 856-8200

Dated: February 6, 2012

*/s/ Kelly E. Farnan*
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Kelly Farnan (#4395)
farnan@rlf.com
Jaclyn C. Levy (#5631)
levy@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
*Attorneys for Defendant Miniclip Tech (US) Limited, Inc.*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on February 6, 2012, a copy of the foregoing document was served on the attorneys below in the manner indicated:

### BY E-MAIL AND HAND DELIVERY:

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com

/s/ Kelly E. Farnan
Kelly F. Farnan (#4395)