IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-322 (SLR) |
| | ) |
| ACTIVISION BLIZZARD, INC.; et al., | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendant Sony Computer Entertainment America LLC's Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9);* and (2) *Defendant Sony Computer Entertainment America LLC's Responses to Plaintiff Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-102)* were caused to be served on February 6, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                    *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                                                                 *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive
Suite 1033
Menlo Park, CA  94025
*Attorneys for Plaintiff*

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Melissa L. Troutner*

                                          Jack B. Blumenfeld (#1014)
                                          Rodger D. Smith II (#3778)
                                          Melissa L. Troutner (#4627)
                                          1201 North Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899
                                          (302) 658-9200
                                          jblumenfeld@mnat.com
                                          rsmith@mnat.com
                                          mtroutner@mnat.com
                                            *Attorneys for Sony Computer*
                                            *Entertainment America LLC*

OF COUNSEL:

Karineh Khachatourian
Bryan Sinclair
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
(650) 798-6700

February 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on February 6, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |

*/s/ Melissa L. Troutner*

_____
Melissa L. Troutner (#4627)