# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-322-SLR |
| | ) |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 6, 2012, copies of (1) **PLAINTIFF WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO DEFENDANT ELECTRONIC ARTS, INC. (NOS. 1-86)** were served upon the following counsel as shown:

**BY EMAIL**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

PLEASE TAKE FURTHER NOTICE that, on February 6, 2012, copies of (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE 19801

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE 19899

Kelly E. Farnan, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY EMAIL AND BY FIRST CLASS MAIL**

Karineh Khachatourian, Esquire
K& L Gates LLP
630 Hansen Way
Palo Alto, California 94304

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154-1192

Reynaldo C. Barcelo, Esquire
Barcelo Harrison & Walker LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Rebecca A. MacDowell, Esquire
Edward J. Naughton, Esquire
Brown Rudnick
One Financial Center
Boston, MA 02111

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Rebecca Unruh, Esquire
Goodwin Procter
135 Commonwealth Drive
Menlo Park, CA 94025

David J. Goldstone, Esquire
Douglas J. Kline, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

| | |
|---|---|
| Jason W. Wolff, Esquire<br>John W. Thornburgh, Esquire<br>Fish & Richardson PC<br>12390 El Camino Real<br>San Diego, CA 92130 | Tal Kedem, Esquire<br>Fish & Richardson PC<br>601 Lexington Avenye, 52nd Floor<br>New York, NY 10022 |
| Robert C. Earle, Esquire<br>Fish & Richardson PC<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 | Frank E. Scherkenbach, Esquire<br>Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02110 |
| Douglas E. Lumish, Esquire<br>Jeffrey G. Homrig, Esquire<br>Parker C. Ankrum, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065 | |

February 6, 2012

Of Counsel:

James C. Otteson
David A. Caine
Thomas T. Carmack
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
(650) 227-4800
jim@agilityiplaw.com
dacaine@agilityiplaw.com
tom@agilityiplaw.com

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes (vt5398)*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*