IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 11-322 (SLR) |
| | ) |
| ACTIVISION BLIZZARD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Yahoo! Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-87) to Defendant Yahoo! Inc.* were caused to be served on February 6, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                              VIA ELECTRONIC MAIL
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                                                          VIA ELECTRONIC MAIL
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive
Suite 1033
Menlo Park, CA  94025
*Attorneys for Plaintiff*

|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
|  | /s/ *Melissa L. Troutner* |
|  | _____ |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Rodger D. Smith II (#3778) |
| Douglas E. Lumish | Melissa L. Troutner (#4627) |
| Jeffrey G. Homrig | 1201 North Market Street |
| Parker C. Ankrum | P.O. Box 1347 |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP | Wilmington, DE  19899 |
| 333 Twin Dolphin Drive | (302) 658-9200 |
| Suite 200 | jblumenfeld@mnat.com |
| Redwood Shores, CA  94065 | rsmith@mnat.com |
| (650) 453-5170 | mtroutner@mnat.com |
|  | *Attorneys for Yahoo! Inc.* |
| Patricia Young |  |
| KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |  |
| 1633 Broadway |  |
| New York, NY  10019 |  |
| (212) 506-1700 |  |

February 7, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on February 7, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Karinah Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Sony Computer Entertainment America LLC* | *VIA ELECTRONIC MAIL* |

Jeffrey L. Moyer, Esquire    *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire    *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire    *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire    *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

| | |
|---|---|
| Robert C. Earle, Esquire<br>FISH & RICHARDSON P.C.<br>1717 Main Street<br>Suite 5000<br>Dallas, TX 75201<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE 19801<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Bryan J. Case, Esquire<br>Gavin W. Skok, Esquire<br>Jayson W. Sowers, Esquire<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle, WA 98154<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Reynaldo C. Barcelo, Esquire<br>BARCELO, HARRISON & WALKER, LLP<br>2901 West Coast Hwy.<br>Suite 200<br>Newport Beach, CA 92663<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Wayne M. Barsky, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA 90067<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

Jason C. Lo, Esquire                                       *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire                                      *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Franciso, CA 94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Douglas J. Kline, Esquire                                  *VIA ELECTRONIC MAIL*
David J. Goldstone, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh, Esquire                                     *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA 94025
*Attorneys for Gaia Interactive, Inc.*

Jack B. Blumenfeld  *VIA ELECTRONIC MAIL*
Rodger D. Smith II
Melissa L. Troutner
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.*

*/s/ Melissa L. Troutner*

Melissa L. Troutner  (#4627)