IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-322 (SLR) |
| | ) |
| ACTIVISION BLIZZARD, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Gaia Interactive Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9)* were caused to be served on February 6, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                              VIA ELECTRONIC MAIL
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                                          VIA ELECTRONIC MAIL
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive, Suite 1033
Menlo Park, CA  94025
*Attorneys for Plaintiff*

Jeffrey L. Moyer, Esquire                                            VIA ELECTRONIC MAIL
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                                             *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Attorneys for Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                                        *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                                          *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                                                 *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                                      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                                *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire  *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE 19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire  *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire  *VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire  *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Jason C. Lo, Esquire  *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire  VIA ELECTRONIC MAIL
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Jack B. Blumenfeld, Esquire  VIA ELECTRONIC MAIL
Rodger D. Smith II, Esquire
Melissa L. Troutner, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.*

Douglas E. Lumish, Esquire  VIA ELECTRONIC MAIL
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Yahoo! Inc.*

Patricia Young, Esquire  VIA ELECTRONIC MAIL
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Yahoo! Inc.*

                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                  */s/ Melissa L. Troutner*

                                  _____
                                  Jack B. Blumenfeld (#1014)
                                  Rodger D. Smith II (#3778)
                                  Melissa L. Troutner (#4627)
                                  1201 North Market Street
                                  P.O. Box 1347
                                  Wilmington, DE  19899
                                  (302) 658-9200
                                  jblumenfeld@mnat.com
                                  rsmith@mnat.com
                                  mtroutner@mnat.com
                                    *Attorneys for Defendant Gaia Interactive, Inc.*

OF COUNSEL:

Douglas J. Kline
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

Rebecca Unruh
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025

February 7, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 7, 2012, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive, Suite 1033<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Jeffrey L. Moyer, Esquire<br>Kelly Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Miniclip Tech (US) Limited, Inc.* | VIA ELECTRONIC MAIL |
| Edward J. Naughton, Esquire<br>Rebecca A. MacDowell, Esquire<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA  02111<br>*Attorneys for Miniclip Tech (US) Limited, Inc.* | VIA ELECTRONIC MAIL |

| | |
|---|---|
| William J. Marsden, Jr., Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Frank E. Scherkenbach, Esquire<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA  02110<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Jason W. Wolff, Esquire<br>John W. Thornburgh, Esquire<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Tal Kedem, Esquire<br>FISH & RICHARDSON P.C.<br>601 Lexington Avenue, 52nd Floor<br>New York, NY  10022-4611<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Robert C. Earle, Esquire<br>FISH & RICHARDSON P.C.<br>1717 Main Street, Suite 5000<br>Dallas, TX  75201<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Richard L. Horwitz, Esquire<br>David E. Moore, Esquire<br>POTTER ANDERSON & CORROON LLP<br>1313 North Market Street<br>Wilmington, DE  19801<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Bryan J. Case, Esquire<br>Gavin W. Skok, Esquire<br>Jayson W. Sowers, Esquire<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Reynaldo C. Barcelo, Esquire<br>BARCELO, HARRISON & WALKER, LLP<br>2901 West Coast Hwy., Suite 200<br>Newport Beach, CA 92663<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Wayne M. Barsky, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA  90067<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; Gaia Interactive Inc; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Neema Jalali, Esquire, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Franciso, CA 94105-2933<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld, Esquire<br>Rodger D. Smith II, Esqurie<br>Melissa L. Troutner, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas E. Lumish, Esquire<br>Jeffrey G. Homrig, Esquire<br>Parker C. Ankrum, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065<br>*Attorneys for Yahoo! Inc.* | *VIA ELECTRONIC MAIL* |
| Patricia Young, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>*Attorneys for Yahoo! Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Melissa L. Troutner*

---

Melissa L. Troutner (#4627)