**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-322-SLR |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on February 6, 2012, upon the following attorneys of record as indicated below:

> PLAINTIFF WALKER DIGITAL, LLC'S FIRST SET OF COMMON INTERROGATORIES (NOS. 1-9) AND DEFENDANT VALVE CORPORATION'S OBJECTIONS AND ANSWERS THERETO
>
> WALKER DIGITAL, LLC'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-82) TO DEFENDANT VALVE CORPORATION AND DEFENDANT VALVE CORPORATION'S OBJECTIONS AND RESPONSES THERETO

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Richard D. Kirk | James C. Otteson |
| Stephen B. Brauerman | David A. Caine |
| BAYARD, P.A. | Tom Carmack |
| 222 Delaware Avenue, Suite 900 | Xiang Long |
| Wilmington, DE 19899 | AGILITY IP LAW, LLC |
| rkirk@bayardlaw.com | 1900 University Circle, Suite 201 |
| sbrauerman@bayardlaw.com | East Palo Alto, CA 94303 |
| *Attorneys for Plaintiff Walker Digital, LLC* | jim@agilityiplaw.com |
| | dacaine@agilityiplaw.com |
| | tom@agilityiplaw.com |
| | longxiang@agilityiplaw.com |
| | *Attorneys for Plaintiff Walker Digital, LLC* |

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | By: */s/ Richard L. Horwitz* |
| Jayson W. Sowers | Richard L. Horwitz(#2246) |
| Gavin W. Skok | David E. Moore (#3983) |
| RIDDELL WILLIAMS P.S. | Hercules Plaza, 6th Floor |
| 1001 Fourth Avenue, Suite 4500 | 1313 N. Market Street |
| Seattle, WA 98154 | Wilmington, DE 19801 |
| Tel: (206) 624-3600 | Tel: (302) 984-6000 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Reynaldo C. Barceló | |
| BARCELÓ, HARRISON & WALKER, LLP | *Attorneys for Defendant Valve Corporation* |
| 2901 West Coast Hwy., Suite 200 | |
| Newport Beach, CA 92663 | |
| Tel: (949) 340-9736 | |

Dated: February 7, 2012
1046181 / 36764

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on February 7, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 7, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk | James C. Otteson |
| Stephen B. Brauerman | Theresa E. Norton |
| Bayard, P.A. | David A. Caine |
| 222 Delaware Avenue, Suite 900 | Xiang Long |
| Wilmington, DE 19899 | Thomas T. Carmack |
| rkirk@bayardlaw.com | Philip W. Marsh |
| sbrauerman@bayardlaw.com | Jed Phillips |
| *Attorneys for Plaintiff Walker Digital, LLC* | Agility IP Law, LLC |
| | 1900 University Circle, Suite 201 |
| | East Palo Alto, CA  94303 |
| | jim@agilityiplaw.com |
| | dacaine@agilityiplaw.com |
| | tom@agilityiplaw.com |
| | longxiang@agilityiplaw.com |
| | phil@agilityiplaw.com |
| | jed@agilityiplaw.com |
| | *Attorneys for Plaintiff Walker Digital, LLC* |

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith, II<br>Melissa L. Troutner<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>*Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, Sony Online Entertainment LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc. and Zynga Inc.* | Wayne M. Barsky<br>Gibson, Dunn & Crutcher LLP<br>2029 Century Park East<br>Los Angeles, CA  90067<br>wbarsky@gibsondunn.com<br>*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.* |
| Timothy P. Best<br>Jason C. Lo<br>Jennifer J. Rho<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>tbest@gibsondunn.com<br>jlo@gibsondunn.com<br>jrho@gibsondunn.com<br>*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.* | Neema Jalali<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105-2933<br>njalali@gibsondunn.com<br>*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.* |
| Douglas J. Kline<br>David J. Goldstone<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>dgoldstone@goodwinprocter.com<br>dkline@goodwinprocter.com<br>*Attorneys for Defendants Gaia Interactive Inc.* | Rebecca Unruh<br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>runruh@goodwinprocter.com<br>*Attorneys for Defendants Gaia Interactive Inc.* |

| | |
|---|---|
| William J. Marsden, Jr.<br>Tara D. Elliott<br>Lauren Murphy Pringle<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899-1114<br>marsden@fr.com<br>elliott@fr.com<br>pringle@fr.com<br>*Attorneys for Defendant Microsoft Corporation* | Jeffrey L. Moyer<br>Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>farnan@rlf.com<br>*Attorneys for Defendant Miniclip America Inc.* |
| Edward J. Naughton<br>Rebecca A. MacDowell<br>Brown Rudnick<br>One Financial Center<br>Boston, MA  02111<br>enaughton@brownrudnick.com<br>rmacdowell@brownrudnick.com<br>*Attorneys for Defendant Miniclip America Inc.* | Karineh Khachatourian<br>Bryan Sinclair<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>karineh.khachatourian@klgates.com<br>Brian.sinclair@klgates.com<br>*Attorneys for Defendant Sony Computer Entertainment America LLC* |
| Jayson W. Sowers<br>Gavin W. Skok<br>Riddle Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154-1192<br>jsowers@riddellwilliams.com<br>gskoke@riddellwilliams.com<br>*Attorneys for Defendant Valve Corporation* | Reynaldo C. Barcelo<br>Barcelo, Harrison & Walker, LLP<br>2901 West Coast Hwy, Suite 200<br>Newport Beach, CA 92663<br>rey@bhiplaw.com<br>*Attorneys for Defendant Valve Corporation* |

By:   */s/ Richard L. Horwitz*
     Richard L. Horwitz
     David E. Moore
     POTTER ANDERSON & CORROON LLP
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com

1016369/37001