IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) C.A. No. 11-322 (SLR) |
| | ) |
| ACTIVISION BLIZZARD, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of *(1) Defendant Turbine, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (2) Defendant Electronic Arts Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (3) Defendant Cryptic Studios, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (4) Defendant Atari, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (5) Defendant Turner Digital Basketball Services, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (6) Popcap Games, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (7) Zynga Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9), (8) Defendant Activision Blizzard, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9),* and *(9) Defendant Cartoon Interactive Group, Inc.'s Answers to Plaintiff Walker Digital, LLC's First Set of Common Interrogatories (Nos. 1-9)* were caused to be served on February 6, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                          *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive
Menlo Park, CA  94025
*Attorneys for Plaintiff*

                                                  MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                  */s/ Melissa L. Troutner*
                                                  _____

OF COUNSEL:                                       Jack B. Blumenfeld (#1014)
                                                  Rodger D. Smith II (#3778)
Wayne M. Barsky                                   Melissa L. Troutner (#4627)
GIBSON, DUNN & CRUTCHER LLP                        1201 North Market Street
2029 Century Park East                            P.O. Box 1347
Los Angeles, CA 90067                             Wilmington, DE  19899
(310) 552-8500                                    (302) 658-9200
                                                  jblumenfeld@mnat.com
                                                  rsmith@mnat.com
Jason C. Lo                                        mtroutner@mnat.com
Timothy P. Best
Jennifer J. Rho                                   *Attorneys for Activision Blizzard, Inc.; Atari,*
GIBSON, DUNN & CRUTCHER LLP                        *Inc.; Cartoon Interactive Group, Inc.; Cryptic*
333 South Grand Avenue                             *Studios, Inc.; Electronic Arts Inc.; PopCap*
Los Angeles, CA 90071                              *Games, Inc.; Turbine, Inc.; Turner Digital*
(213) 229-7000                                     *Basketball Services, Inc. and Zynga Inc.*

Neema Jalali
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8258

February 7, 2012

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on February 7, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                          *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                         *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive
Menlo Park, CA  94025
*Attorneys for Plaintiff*

Karineh Khachatourian, Esquire                    *VIA ELECTRONIC MAIL*
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
*Attorneys for Sony Computer Entertainment
America LLC*

Jeffrey L. Moyer, Esquire                                    *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                                  *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
*Attorneys for Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                             *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                               *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                                      *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                           *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                                 *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                                      *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                                *VIA ELECTRONIC MAIL*
BARCELO, HARRSION & WALKER, LLP
2901 West Coast Hwy.
Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                                    *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari,
Inc.; Cartoon Interactive Group, Inc.; Cryptic
Studios, Inc.; Electronic Arts Inc.; PopCap
Games, Inc.; Turbine, Inc.; Turner Digital
Basketball Services, Inc. and Zynga Inc.*

Jason C. Lo, Esquire                               *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire                              *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Douglas J. Kline, Esquire                          *VIA ELECTRONIC MAIL*
David J. Goldstone, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh, Esquire                             *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025
*Attorneys for Gaia Interactive, Inc.*

Jack B. Blumenfeld                                          *VIA ELECTRONIC MAIL*
Rodger D. Smith II
Melissa L. Troutner
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Gaia Interactive Inc; Electronic*
*Arts Inc.; PopCap Games, Inc.; Turbine, Inc.;*
*Turner Digital Basketball Services, Inc.;*
*Yahoo! Inc. and Zynga Inc.*

Douglas E. Lumish                                          *VIA ELECTRONIC MAIL*
Jeffrey G. Homrig
Parker C. Ankrum
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
*Attorneys for Yahoo! Inc.*

Patricia Young                                             *VIA ELECTRONIC MAIL*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
*Attorneys for Yahoo! Inc.*

*/s/ Melissa L. Troutner*

Melissa L. Troutner (#4627)