IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | ) C.A. No. 11-322 (SLR) |
| | ) |
| ACTIVISION BLIZZARD, INC. *et al.*, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *(1) Atari, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82), (2) Cryptic Studios, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82), (3) Turner Digital Basketball Services, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82), (4) Turbine, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82) (5) Cartoon Interactive Group, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82), (6) Popcap Games, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82), (7) Zynga Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82),* and *(8) Defendant Activision Blizzard, Inc.'s Objections and Responses to Walker Digital, LLC's First Set of Requests for the Production of Documents and Tangible Things (Nos. 1-82)* were caused to be served on February 6, 2012 upon the following in the manner indicated:

Richard D. Kirk, EsquireVIA ELECTRONIC MAIL
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
*Attorneys for Plaintiff*

James C. Otteson, EsquireVIA ELECTRONIC MAIL
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive
Menlo Park, CA 94025
*Attorneys for Plaintiff*

Karineh Khachatourian, EsquireVIA ELECTRONIC MAIL
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA 94304
*Attorneys for Sony Computer Entertainment*
*America LLC*

Jeffrey L. Moyer, EsquireVIA ELECTRONIC MAIL
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
*Attorneys for Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, EsquireVIA ELECTRONIC MAIL
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
*Attorneys for Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

| | |
|---|---|
| Bryan J. Case, Esquire<br>Gavin W. Skok, Esquire<br>Jayson W. Sowers, Esquire<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue<br>Suite 4500<br>Seattle, WA  98154<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Reynaldo C. Barcelo, Esquire<br>BARCELO, HARRSION & WALKER, LLP<br>2901 West Coast Hwy.<br>Suite 200<br>Newport Beach, CA 92663<br>*Attorneys for Valve Corporation* | *VIA ELECTRONIC MAIL* |
| Wayne M. Barsky, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA  90067<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Neema Jalali, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Franciso, CA  94105-2933<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas J. Kline, Esquire<br>David J. Goldstone, Esquire<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Rebecca Unruh, Esquire<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Melissa L. Troutner<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

Douglas E. Lumish  *VIA ELECTRONIC MAIL*
Jeffrey G. Homrig
Parker C. Ankrum
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA  94065
*Attorneys for Yahoo! Inc.*

Patricia Young  *VIA ELECTRONIC MAIL*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Yahoo! Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa L. Troutner*
_____

OF COUNSEL:

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 552-8500

Jason C. Lo
Timothy P. Best
Jennifer J. Rho
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

Neema Jalali
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
(415) 393-8258

February 7, 2012

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa L. Troutner (#4627)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mtroutner@mnat.com

*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on February 7, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Karineh Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Sony Computer Entertainment America LLC* | *VIA ELECTRONIC MAIL* |

Jeffrey L. Moyer, Esquire  *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire  *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA 02111
*Attorneys for Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire  *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire  *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                             VIA ELECTRONIC MAIL
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                                          VIA ELECTRONIC MAIL
David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                                               VIA ELECTRONIC MAIL
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                                         VIA ELECTRONIC MAIL
BARCELO, HARRSION & WALKER, LLP
2901 West Coast Hwy.
Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                                             VIA ELECTRONIC MAIL
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari,
Inc.; Cartoon Interactive Group, Inc.; Cryptic
Studios, Inc.; Electronic Arts Inc.; PopCap
Games, Inc.; Turbine, Inc.; Turner Digital
Basketball Services, Inc. and Zynga Inc.*

3

| | |
|---|---|
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>G<small>IBSON</small>, D<small>UNN</small> & C<small>RUTCHER</small> LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Neema Jalali, Esquire<br>G<small>IBSON</small>, D<small>UNN</small> & C<small>RUTCHER</small> LLP<br>555 Mission Street<br>Suite 3000<br>San Franciso, CA  94105-2933<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas J. Kline, Esquire<br>David J. Goldstone, Esquire<br>G<small>OODWIN</small> P<small>ROCTER</small> LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Rebecca Unruh, Esquire<br>G<small>OODWIN</small> P<small>ROCTER</small> LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Melissa L. Troutner<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas E. Lumish<br>Jeffrey G. Homrig<br>Parker C. Ankrum<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>333 Twin Dolphin Drive<br>Suite 200<br>Redwood Shores, CA  94065<br>*Attorneys for Yahoo! Inc.* | *VIA ELECTRONIC MAIL* |
| Patricia Young<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY  10019<br>*Attorneys for Yahoo! Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Melissa L. Troutner*

_____
Melissa L. Troutner (#4627)