IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-322 (SLR) |
| | ) | |
| ACTIVISION BLIZZARD, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Yahoo! Inc.'s Initial Disclosures* were caused to be served on February 8, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                                                                    *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE 19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                                                                                 *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive
Suite 1033
Menlo Park, CA 94025
*Attorneys for Plaintiff*

| | |
|---|---|
| Karineh Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Sony Computer Entertainment America LLC* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>Kelly Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Miniclip Tech (US) Limited, Inc.* | *VIA ELECTRONIC MAIL* |
| Edward J. Naughton, Esquire<br>Rebecca A. MacDowell, Esquire<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA  02111<br>*Miniclip Tech (US) Limited, Inc.* | *VIA ELECTRONIC MAIL* |
| William J. Marsden, Jr., Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE  19801<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Frank E. Scherkenbach, Esquire<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA  02110<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Jason W. Wolff, Esquire<br>John W. Thornburgh, Esquire<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |

Tal Kedem, Esquire *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire *VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy.
Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                                              *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Jason C. Lo, Esquire                                                  *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire                                                 *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Douglas J. Kline, Esquire                                             *VIA ELECTRONIC MAIL*
David J. Goldstone, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh, Esquire                                                    *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025
*Attorneys for Gaia Interactive, Inc.*

Jack B. Blumenfeld                                                        *VIA ELECTRONIC MAIL*
Rodger D. Smith II
Melissa L. Troutner
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.*

                                                         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                         */s/ Melissa L. Troutner*

OF COUNSEL:                                                               Jack B. Blumenfeld (#1014)
                                                         Rodger D. Smith II (#3778)
Douglas E. Lumish                                                         Melissa L. Troutner (#4627)
Jeffrey G. Homrig                                                         1201 North Market Street
Parker C. Ankrum                                                          P.O. Box 1347
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP                                   Wilmington, DE  19899
333 Twin Dolphin Drive                                                    (302) 658-9200
Suite 200                                                                 jblumenfeld@mnat.com
Redwood Shores, CA  94065                                                 rsmith@mnat.com
(650) 453-5170                                                            mtroutner@mnat.com

Patricia Young                                                            *Attorneys for Yahoo! Inc.*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

February 8, 2012

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on February 8, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Karineh Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Sony Computer Entertainment America LLC* | *VIA ELECTRONIC MAIL* |

Jeffrey L. Moyer, Esquire                                                                        *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                                                                  *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                                                              *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                                                            *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                                                                          *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                                                                  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy.
Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire　　　　　　　　　　　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

| | |
|---|---|
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Neema Jalali, Esquire<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Franciso, CA  94105-2933<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas J. Kline, Esquire<br>David J. Goldstone, Esquire<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Rebecca Unruh, Esquire<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Melissa L. Troutner<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Melissa L. Troutner*

Melissa L. Troutner  (#4627)