IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-322-SLR |
| ) | |
| ACTIVISION BLIZZARD, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 8, 2012, a copy of Defendant Miniclip Tech (US) Limited, Inc.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) was served on counsel as follows:

**BY E-MAIL:**

Richard D. Kirk
Stephen B. Brauerman
Bayard, P.A.
222 Delaware Avenue - Suite 900
Wilmington, DE 19801

James C. Otteson, Esquire
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
Agility IP Law, LLC
149 Commonwealth Drive, Suite 1033
Menlo Park, CA 94025

William J. Marsden, Jr., Esquire
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
Fish & Richardson P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801

Frank E. Scherkenbach, Esquire
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02110

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Tal Kedem, Esquire
Fish & Richardson P.C.
601 Lexington Avenue, 52nd Floor
New York, NY 10022-4611

RLF1 5810668v. 1

Robert C. Earle, Esquire
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201

Bryan J. Case, Esquire
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA 98154

Wayne M. Barsky, Esquire
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067

Neema Jalali, Esquire
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Douglas E. Lumish, Esquire
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Douglas J. Kline, Esquire
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

Reynaldo C. Barcelo, Esquire
Barcelo, Harrison & Walker, LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Jason C. Lo, Esquire
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197

Jack B. Blumenfeld, Esquire
Rodger D. Smith II, Esquire
Melissa L. Troutner, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Rebecca Unruh, Esquire
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA 94025

RLF1 5810668v. 1

|  |  |
|---|---|
| OF COUNSEL:<br><br>Edward J. Naughton<br>Rebecca A. MacDowell<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>(617) 856-8200<br><br>Dated: February 6, 2012 | /s/ Kelly E. Farnan<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Kelly Farnan (#4395)<br>farnan@rlf.com<br>Jaclyn C. Levy (#5631)<br>levy@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>*Attorneys for Defendant Miniclip Tech (US) Limited, Inc.* |