# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-322-SLR |
| | ) |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 8, 2012, copies of (1) **PLAINTIFF WALKER DIGITAL, LLC'S INITIAL DISCLOSURES**; and (2) this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Sarah E. DiLuzio, Esquire
Potter Anderson & Corroon
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE  19899

Kelly E. Farnan, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

**BY EMAIL AND BY FIRST CLASS MAIL**

Karineh Khachatourian, Esquire
K& L Gates LLP
630 Hansen Way
Palo Alto, California  94304

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

| | |
|---|---|
| Gavin W. Skok, Esquire<br>Jayson W. Sowers, Esquire<br>Riddell Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154-1192 | Reynaldo C. Barcelo, Esquire<br>Barcelo Harrison & Walker LLP<br>2901 West Coast Highway, Suite 200<br>Newport Beach, CA 92663 |
| Jason Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer Rho, Esquire<br>Gibson Dunn<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 | Rebecca A. MacDowell, Esquire<br>Edward J. Naughton, Esquire<br>Brown Rudnick<br>One Financial Center<br>Boston, MA 02111 |
| Wayne Barsky, Esquire<br>Gibson Dunn<br>2029 Century Park East<br>Los Angeles, CA 90067-3026 | Rebecca Unruh, Esquire<br>Goodwin Procter<br>135 Commonwealth Drive<br>Menlo Park, CA 94025 |
| David J. Goldstone, Esquire<br>Douglas J. Kline, Esquire<br>Goodwin Procter LLP<br>Exchange Place, 53 State Street<br>Boston, MA 02109 | Neema Jalali, Esquire<br>Gibson Dunn<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-2933 |
| Jason W. Wolff, Esquire<br>John W. Thornburgh, Esquire<br>Fish & Richardson PC<br>12390 El Camino Real<br>San Diego, CA 92130 | Tal Kedem, Esquire<br>Fish & Richardson PC<br>601 Lexington Avenye, 52nd Floor<br>New York, NY 10022 |
| Robert C. Earle, Esquire<br>Fish & Richardson PC<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201 | Frank E. Scherkenbach, Esquire<br>Fish & Richardson PC<br>One Marina Park Drive<br>Boston, MA 02110 |
| Douglas E. Lumish, Esquire<br>Jeffrey G. Homrig, Esquire<br>Parker C. Ankrum, Esquire<br>Kasowitz, Benson, Torres & Friedman LLP<br>333 Twin Dolphin Drive, Suite 200<br>Redwood Shores, CA 94065 | |

| | |
|---|---|
| February 8, 2012 | BAYARD, P.A. |
| Of Counsel: | /s/ *Vanessa R. Tiradentes (vt5398)* |
| James C. Otteson | Richard D. Kirk (rk0922) |
| David A. Caine | Stephen B. Brauerman (sb4952) |
| Thomas T. Carmack | Vanessa R. Tiradentes (vt5398) |
| AGILITY IP LAW, LLC | 222 Delaware Avenue, Suite 900 |
| 1900 University Circle, Suite 201 | P.O. Box 25130 |
| East Palo Alto, CA 94303 | Wilmington, DE 19899 |
| (650) 227-4800 | (302) 655-5000 |
| jim@agilityiplaw.com | rkirk@bayardlaw.com |
| dacaine@agilityiplaw.com | sbrauerman@bayardlaw.com |
| tom@agilityiplaw.com | vtiradentes@bayardlaw.com |

*Attorneys for Plaintiff Walker Digital, LLC*