IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-322 (SLR) |
| | ) | |
| ACTIVISION BLIZZARD, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned hereby certifies that copies of the (1) *Initial Disclosures of Defendant Zynga Inc.*; (2) *Initial Disclosures of Defendant Activision Blizzard, Inc.*; (3) *Initial Disclosures of Defendant Cartoon Interactive Group, Inc.*; (4) *Initial Disclosures of Defendant Turbine, Inc.*; (5) *Initial Disclosures of Defendant Cryptic Studios, Inc.*; (6) *Initial Disclosures of Defendant Electronic Arts Inc.*; (7) *Initial Disclosures of Defendant Turner Digital Basketball Services, Inc.*; (8) *Initial Disclosures of Defendant PopCap Games, Inc.* and (9) *Initial Disclosures of Defendant Atari, Inc.* were caused to be served on February 8, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                              *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                                    *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive, Suite 1033
Menlo Park, CA  94025
*Attorneys for Plaintiff*

Jeffrey L. Moyer, Esquire                                    *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                                  *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Attorneys for Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                             *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                               *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                                      *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                          *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                                 *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                                      *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                                *VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                                    *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari,
Inc.; Cartoon Interactive Group, Inc.; Cryptic
Studios, Inc.; Electronic Arts Inc.; PopCap
Games, Inc.; Turbine, Inc.; Turner Digital
Basketball Services, Inc. and Zynga Inc.*

Jason C. Lo, Esquire                                          *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire                                        *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Jack B. Blumenfeld, Esquire                                  *VIA ELECTRONIC MAIL*
Rodger D. Smith II, Esquire
Melissa L. Troutner, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Gaia Interactive Inc; Electronic*
*Arts Inc.; PopCap Games, Inc.; Turbine, Inc.;*
*Turner Digital Basketball Services, Inc.;*
*Yahoo! Inc. and Zynga Inc.*

Douglas E. Lumish, Esquire                                   *VIA ELECTRONIC MAIL*
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Yahoo! Inc.*

Patricia Young, Esquire                                        *VIA ELECTRONIC MAIL*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Yahoo! Inc.*



                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Melissa L. Troutner*
                                        Jack B. Blumenfeld (#1014)
                                        Rodger D. Smith II (#3778)
                                        Melissa L. Troutner (#4627)
                                        1201 North Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899
                                        (302) 658-9200
                                        jblumenfeld@mnat.com
                                        rsmith@mnat.com
                                        mtroutner@mnat.com
                                          *Attorneys for Defendants Activision Blizzard,*
                                        *Inc.; Atari, Inc.; Cartoon Interactive Group,*
                                        *Inc.; Cryptic Studios, Inc.; Electronic Arts*
                                        *Inc.; PopCap Games, Inc.; Turbine, Inc.;*
                                        *Turner Digital Basketball Services, Inc.*
                                        *and Zynga Inc.*

OF COUNSEL:

Douglas J. Kline
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109

Rebecca Unruh
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025

February 8, 2012
5357495

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 8, 2012, copies of the foregoing were caused to be served upon the following in the manner indicated:

Richard D. Kirk, Esquire                               *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

James C. Otteson, Esquire                              *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip Marsh, Esquire
Xiang Long, Esquire
AGILITY IP LAW, LLC
149 Commonwealth Drive, Suite 1033
Menlo Park, CA  94025
*Attorneys for Plaintiff*

Jeffrey L. Moyer, Esquire                              *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                            *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Attorneys for Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                    *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                             *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                  *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                            *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                         *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                         *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                   *VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy., Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                       *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; Gaia*
*Interactive Inc; PopCap Games, Inc.; Turbine,*
*Inc.; Turner Digital Basketball Services, Inc.*
*and Zynga Inc.*

Jason C. Lo, Esquire                           *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire, Esquire                          *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc. and Zynga Inc.*

Jack B. Blumenfeld, Esquire                             *VIA ELECTRONIC MAIL*
Rodger D. Smith II, Esqurie
Melissa L. Troutner, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Activision Blizzard, Inc.; Atari,*
*Inc.; Cartoon Interactive Group, Inc.; Cryptic*
*Studios, Inc.; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital*
*Basketball Services, Inc.; Yahoo! Inc. and*
*Zynga Inc.*

Douglas E. Lumish, Esquire                              *VIA ELECTRONIC MAIL*
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
*Attorneys for Yahoo! Inc.*

Patricia Young, Esquire                                 *VIA ELECTRONIC MAIL*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
*Attorneys for Yahoo! Inc.*

*/s/ Melissa L. Troutner*
_____
Melissa L. Troutner (#4627)