**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| | )   C.A. No. 11-322-SLR |
| v. | ) |
| | )   **JURY TRIAL DEMANDED** |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) |
| | ) |
|         Defendants. | ) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following document were caused to be served on February 8, 2012, upon the following attorneys of record as indicated below:

    VALVE CORPORATION'S INITIAL DISCLOSURES PURSUANT TO
    FED. R. CIV. P. 26(a)(1)(A)

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| Richard D. Kirk | James C. Otteson |
| Stephen B. Brauerman | Theresa E. Norton |
| Bayard, P.A. | David A. Caine |
| 222 Delaware Avenue, Suite 900 | Xiang Long |
| Wilmington, DE 19899 | Thomas T. Carmack |
| rkirk@bayardlaw.com | Philip W. Marsh |
| sbrauerman@bayardlaw.com | Jed Phillips |
| *Attorneys for Plaintiff Walker Digital, LLC* | Agility IP Law, LLC |
| | 1900 University Circle, Suite 201 |
| | East Palo Alto, CA  94303 |
| | jim@agilityiplaw.com |
| | dacaine@agilityiplaw.com |
| | tom@agilityiplaw.com |
| | longxiang@agilityiplaw.com |
| | phil@agilityiplaw.com |
| | jed@agilityiplaw.com |
| | *Attorneys for Plaintiff Walker Digital, LLC* |

Jack B. Blumenfeld
Rodger D. Smith, II
Melissa L. Troutner
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@mnat.com
rsmith@mnat.com
*Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, Sony Online Entertainment LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc. and Zynga Inc.*

Wayne M. Barsky
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA  90067
wbarsky@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Timothy P. Best
Jason C. Lo
Jennifer J. Rho
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
tbest@gibsondunn.com
jlo@gibsondunn.com
jrho@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Neema Jalali
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
njalali@gibsondunn.com
*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.*

Douglas J. Kline
David J. Goldstone
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109
dgoldstone@goodwinprocter.com
dkline@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

Rebecca Unruh
Goodwin Procter LLP
135 Commonwealth Drive
Menlo Park, CA  94025
runruh@goodwinprocter.com
*Attorneys for Defendants Gaia Interactive Inc.*

| | |
|---|---|
| William J. Marsden, Jr.<br>Tara D. Elliott<br>Lauren Murphy Pringle<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899-1114<br>marsden@fr.com<br>elliott@fr.com<br>pringle@fr.com<br>*Attorneys for Defendant Microsoft Corporation* | Jeffrey L. Moyer<br>Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>farnan@rlf.com<br>*Attorneys for Defendant Miniclip America Inc.* |
| Edward J. Naughton<br>Rebecca A. MacDowell<br>Brown Rudnick<br>One Financial Center<br>Boston, MA 02111<br>enaughton@brownrudnick.com<br>rmacdowell@brownrudnick.com<br>*Attorneys for Defendant Miniclip America Inc.* | Karineh Khachatourian<br>Bryan Sinclair<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>karineh.khachatourian@klgates.com<br>Brian.sinclair@klgates.com<br>*Attorneys for Defendant Sony Computer Entertainment America LLC* |
| Jayson W. Sowers<br>Gavin W. Skok<br>Riddle Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154-1192<br>jsowers@riddellwilliams.com<br>gskoke@riddellwilliams.com<br>*Attorneys for Defendant Valve Corporation* | Reynaldo C. Barcelo<br>Barcelo, Harrison & Walker, LLP<br>2901 West Coast Hwy, Suite 200<br>Newport Beach, CA 92663<br>rey@bhiplaw.com<br>*Attorneys for Defendant Valve Corporation* |

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jayson W. Sowers<br>Gavin W. Skok<br>RIDDELL WILLIAMS P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA 98154<br>Tel: (206) 624-3600<br><br>Reynaldo C. Barceló<br>BARCELÓ, HARRISON & WALKER, LLP<br>2901 West Coast Hwy., Suite 200<br>Newport Beach, CA 92663<br>Tel: (949) 340-9736<br><br>Dated: February 9, 2012<br>1046493 / 36764 | POTTER ANDERSON & CORROON LLP<br><br>By:  */s/ David E. Moore*<br>    Richard L. Horwitz(#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant Valve Corporation* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 9, 2012, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on February 9, 2012, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff Walker Digital, LLC* | James C. Otteson<br>Theresa E. Norton<br>David A. Caine<br>Xiang Long<br>Thomas T. Carmack<br>Philip W. Marsh<br>Jed Phillips<br>Agility IP Law, LLC<br>1900 University Circle, Suite 201<br>East Palo Alto, CA 94303<br>jim@agilityiplaw.com<br>dacaine@agilityiplaw.com<br>tom@agilityiplaw.com<br>longxiang@agilityiplaw.com<br>phil@agilityiplaw.com<br>jed@agilityiplaw.com<br>*Attorneys for Plaintiff Walker Digital, LLC* |

| | |
|---|---|
| Jack B. Blumenfeld<br>Rodger D. Smith, II<br>Melissa L. Troutner<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19899<br>jblumenfeld@mnat.com<br>rsmith@mnat.com<br>*Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Sony Corporation of America, Sony Online Entertainment LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc. and Zynga Inc.* | Wayne M. Barsky<br>Gibson, Dunn & Crutcher LLP<br>2029 Century Park East<br>Los Angeles, CA  90067<br>wbarsky@gibsondunn.com<br>*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.* |
| Timothy P. Best<br>Jason C. Lo<br>Jennifer J. Rho<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>tbest@gibsondunn.com<br>jlo@gibsondunn.com<br>jrho@gibsondunn.com<br>*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.* | Neema Jalali<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105-2933<br>njalali@gibsondunn.com<br>*Attorneys for Defendants Activision Blizzard, Atari, Inc., Cartoon Interactive Group,Inc., Cryptic Studios, Inc., Electronic Arts Inc., PopCap Games, Inc., Turbine, Inc., Turner Digital Basketball Services, Inc., and Zynga Inc.* |
| Douglas J. Kline<br>David J. Goldstone<br>Goodwin Procter LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>dgoldstone@goodwinprocter.com<br>dkline@goodwinprocter.com<br>*Attorneys for Defendants Gaia Interactive Inc.* | Rebecca Unruh<br>Goodwin Procter LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>runruh@goodwinprocter.com<br>*Attorneys for Defendants Gaia Interactive Inc.* |

| | |
|---|---|
| William J. Marsden, Jr.<br>Tara D. Elliott<br>Lauren Murphy Pringle<br>Fish & Richardson, P.C.<br>222 Delaware Avenue, 17th Floor<br>Wilmington, DE 19899-1114<br>marsden@fr.com<br>elliott@fr.com<br>pringle@fr.com<br>*Attorneys for Defendant Microsoft Corporation* | Jeffrey L. Moyer<br>Kelly E. Farnan<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>moyer@rlf.com<br>farnan@rlf.com<br>*Attorneys for Defendant Miniclip America Inc.* |
| Edward J. Naughton<br>Rebecca A. MacDowell<br>Brown Rudnick<br>One Financial Center<br>Boston, MA  02111<br>enaughton@brownrudnick.com<br>rmacdowell@brownrudnick.com<br>*Attorneys for Defendant Miniclip America Inc.* | Karineh Khachatourian<br>Bryan Sinclair<br>K&L Gates LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>karineh.khachatourian@klgates.com<br>Brian.sinclair@klgates.com<br>*Attorneys for Defendant Sony Computer Entertainment America LLC* |
| Jayson W. Sowers<br>Gavin W. Skok<br>Riddle Williams P.S.<br>1001 Fourth Avenue, Suite 4500<br>Seattle, WA  98154-1192<br>jsowers@riddellwilliams.com<br>gskoke@riddellwilliams.com<br>*Attorneys for Defendant Valve Corporation* | Reynaldo C. Barcelo<br>Barcelo, Harrison & Walker, LLP<br>2901 West Coast Hwy, Suite 200<br>Newport Beach, CA 92663<br>rey@bhiplaw.com<br>*Attorneys for Defendant Valve Corporation* |

By:  */s/ David E. Moore*
 Richard L. Horwitz
 David E. Moore
 POTTER ANDERSON & CORROON LLP
 Tel:  (302) 984-6000
 rhorwitz@potteranderson.com
 dmoore@potteranderson.com

1016369/37001