IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>    Plaintiff,<br>v.<br><br>ACTIVISION BLIZZARD, INC., et al.,<br><br>    Defendants. | C.A. No. 11-cv-322-SLR |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 9, 2012, a true and correct copy of

**DEFENDANT MICROSOFT CORPORATION'S INITIAL DISCLOSURE STATEMENT**

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** was caused to be

served on the following attorneys of record via e-mail:

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899 | Jack B. Blumenfeld<br>Melissa L. Troutner<br>Rodger D. Smith II<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 |
| Jeffrey L. Moyer<br>Kelly E. Farnan<br>Richards, Layton & Finger P.A.<br>920 N. King Street<br>Wilmington, DE 19801 | Richard Horwitz<br>David E. Moore<br>Potter Anderson & Corroon, LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801 |

| | |
|---|---|
| DATED: February 9, 2012 | FISH & RICHARDSON P.C.<br><br>By: */s/ Lauren Murphy Pringle*<br>William J. Marsden, Jr. (#2247)<br>Lauren Murphy Pringle (#5375)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br>(302) 652-5070<br>marsden@fr.com<br>pringle@fr.com<br><br>*Attorneys for Defendant Microsoft Corp.* |