## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | |
| Plaintiff, | |
| v. | C.A. No. 11-322 (SLR) |
| ACTIVISION BLIZZARD, INC.; *et. al*, | |
| Defendants. | |

### JOINT STATEMENT
### REGARDING THE FEBRUARY 23, 2012 DISCOVERY CONFERENCE

Plaintiff Walker Digital, LLC and Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group, Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive, Inc., Microsoft Corporation, Miniclip Tech (US) Limited, Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Turbine, Inc., Turner Digital Basketball Services, Inc., Yahoo! Inc., Zynga Inc. (collectively, "the parties") submit this Joint Statement Regarding the February 23, 2012 Discovery Conference to advise the Court that, in accordance with the Court's instructions at the January 25, 2012 Discovery Conference, counsel for the parties will not be attending the February 23rd, 2012 Discovery Conference,[1] unless the Court desires counsel's presence in this capacity, because there are no disputes that require the Court's attention at this time.

Although the parties have identified various potential discovery issues that require resolution, none of them is ripe for the Court's consideration at the present time.  The parties are currently engaged in the meet and confer process and are hopeful that they will be able to resolve

---

[1] Counsel for Microsoft does intend to attend the Discovery Conference for *Walker Digital, LLC v. Google, Inc, et al.*, No. 11-309-SLR (D. Del.).

their disputes without the Court's involvement.  Accordingly, the parties request that the Court continue the hearing with respect to this action for approximately one month, to a date convenient to the Court, at which the parties can present any issues that remain after further meet and confer.  Among the topics about which the parties continue to meet and confer are the scope of discovery related to Walker Digital's infringement contentions, discovery of financial information, deposition limitations and the identification of custodians from whom the parties will collect documents.

The parties also anticipate submitting a proposed amended procedural schedule extending certain discovery deadlines to accommodate the parties' continued meet and confer.  The amended schedule will not propose alteration of the trial date.

| BAYARD, P.A. | MORRIS NICHOLS ARSHT & TUNNELL |
|---|---|
| /s/ *Stephen B. Brauerman* | /s/ *Jack B. Blumenfeld* |
| Richard D. Kirk (#0922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (#4952) | Rodger D. Smith II (#3778) |
| Vanessa R. Tiradentes (#5398) | Melissa L. Troutner (#4627) |
| 222 Delaware Avenue, Suite 900 | 1201 N. Market Street |
| P.O. Box 25130 | P.O. Box 1347 |
| Wilmington, DE  19899 | Wilmington , DE  19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | mtroutner@mnat.com |
| vtiradentes@bayardlaw.com | |
| *Attorneys for Plaintiff Walker Digital, LLC* | *Attorneys for Defendants Activision Blizzard, Inc., Atari, Inc., Cartoon Interactive Group, Inc., Cryptic Studios, Inc., Electronic Arts Inc., Gaia Interactive, Inc., PopCap Games, Inc., Sony Computer Entertainment America LLC, Turner Digital Basketball Services, Inc., Turbine, Inc., Yahoo! Inc., Zynga Inc.* |

- 3 -

| RICHARDS LAYTON & FINGER P.A. | FISH & RICHARDSON P.C. |
|---|---|
| /s Kelly E. Farnan<br>Jeffrey L. Moyer (#3309)<br>Kelly E. Farnan (#4395)<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>moyer@rlf.com<br>farnan@rlf.com<br><br>Attorneys for Defendant<br>Miniclip Tech (US) Limited, Inc. | /s/ Lauren Murphy Pringle<br>William J. Marsden, Jr. (#2247)<br>Lauren Murphy Pringle (#5375)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1114<br>Wilmington, DE  19899-1114<br>(302) 652-5070<br>marsden@fr.com<br>pringle@fr.com<br><br>Attorneys for Defendant<br>Microsoft Corp. |