# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-322-SLR |
| | ) |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT VALVE CORPORATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Walker Digital, LLC and defendant Valve Corporation pursuant to Fed. R. Civ. P. 41(a)(2) and (c), that all claims by Walker Digital, LLC against Valve Corporation in this action be, and upon approval are, dismissed WITH PREJUDICE, and that all counterclaims by Valve Corporation against Walker Digital, LLC in this action be, and upon approval are, dismissed as moot, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | POTTER ANDERSON & CORROON, LLP |
| | |
| /s/ *Richard D. Kirk* | /s/ *David E. Moore* |
| Richard D. Kirk, Esquire (#0922) | Richard L. Horwitz (#2246) |
| Stephen B. Brauerman, Esquire (#4952) | David E. Moore (#3983) |
| Vanessa R. Tiradentes (#5398) | Hercules Plaza, 6th Floor |
| 222 Delaware Avenue, Suite 900 | 1313 N. Market Street |
| Wilmington, Delaware 19899 | Wilmington, DE 19801 |
| (302) 655-5000 | (302) 984-6000 |
| rkirk@bayardlaw.com | rhorwitz@potteranderson.com |
| sbrauerman@bayardlaw.com | dmoore@potteranderson.com |
| vtiradentes@bayardlaw.com | |
| | |
| *Attorneys for Plaintiff Walker Digital, LLC* | *Attorneys for Defendant Valve Corporation* |

February 28, 2012

2

IT IS SO ORDERED, this ___ day of _____ 2012.

_____
United States District Judge