# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC,<br><br>                            Plaintiff,<br><br>       v.<br><br>ACTIVISION, *et al.*,<br><br>                           Defendants. | C.A. No. 11-322-SLR |

## STIPULATION OF DISMISSAL AS TO
## DEFENDANT TURNER DIGITAL BASKETBALL SERVICES, INC.

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Walker Digital, LLC ("Plaintiff") and Defendant Turner Digital Basketball Services, Inc. ("TDBSI"), by and through their undersigned counsel, and subject to the approval of the Court, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims and counterclaims in this action between Plaintiff and TDBSI are dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Richard D. Kirk*<br>Richard D. Kirk (rk0922)<br>Stephen B. Brauerman (sb4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19899<br>(302) 655-5000<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff,*<br>*Walker Digital, LLC* | /s/ *Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>Melissa Troutner (#4627)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mtroutner@mnat.com<br>*Attorneys for Defendant,*<br>*Turner Digital Basketball Services, Inc.* |

**SO ORDERED**, this _____ day of March, 2012.


_____
United States District Judge