**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-322-SLR |
| | ) | |
| ACTIVISION BLIZZARD, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that, on February 29, 2012, copies of

(1)  **PLAINTIFF WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANTS' FIRST SET OF COMMON INTERROGATORIES (NOS. 1-15)**;

(2)  **PLAINTIFF WALKER DIGITAL, LLC'S RESPONSES TO '382 DEFENDANTS' FIRST SET OF COMMON INTERROGATORIES (NOS. 1-9)**;

(3)  **PLAINTIFF WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA, LLC'S FIRST SET OF INTERROGATORIES TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-2)**;

(4)  **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT ACTIVISION BLIZZARD, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(5)  **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT ATARI, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(6)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT CARTOON INTERACTIVE GROUP, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(7)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT CRYPTIC STUDIOS, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(8)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT ELECTRONIC ARTS INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(9)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT POPCAP GAMES, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(10)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT TURBINE, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(11)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT ZYNGA INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(12)   **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT GAIA INTERACTIVE INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(13)  **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT MICROSOFT CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(14)  **WALKER DIGITAL, LLC'S REPONSES TO DEFENDANT MICROSOFT CORPORATION'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-54) TO PLAINTIFF WALKER DIGITAL, LLC RELATING TO THE '382 PATENT**;

(15)  **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT MINICLIP TECH (US) LIMITED, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(16)  **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA LLC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-35)**;

(17)  **WALKER DIGITAL, LLC'S REPONSES TO DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA LLC'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS (NOS. 1-54) TO PLAINTIFF WALKER DIGITAL, LLC RELATING TO THE '382 PATENT**;

(18)  **WALKER DIGITAL, LLC'S RESPONSES TO DEFENDANT YAHOO! INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO PLAINTIFF WALKER DIGITAL, LLC (NOS. 1-38)**; and

(19)  this **NOTICE OF SERVICE** were served as shown:

**BY EMAIL AND BY HAND**

Jack B. Blumenfeld, Esquire
Rodger D. Smith, Esquire
Melissa L. Troutner, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19899

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon
Hercules Plaza, Sixth Floor
1313 North Market Street
Wilmington, DE  19801

Lauren M. Pringle, Esquire
Fish & Richardson PC
222 Delaware Ave., Seventeenth Floor
Wilmington, DE  19899

Kelly E. Farnan, Esquire
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE  19801

**BY EMAIL AND BY FIRST CLASS MAIL**

Karineh Khachatourian, Esquire
K& L Gates LLP
630 Hansen Way
Palo Alto, California  94304

Patricia Young, Esquire
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
Riddell Williams P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154-1192

Reynaldo C. Barcelo, Esquire
Barcelo Harrison & Walker LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663

Jason Lo, Esquire
Timothy P. Best, Esquire
Jennifer Rho, Esquire
Gibson Dunn
333 South Grand Avenue
Los Angeles, CA 90071-3197

Rebecca A. MacDowell, Esquire
Edward J. Naughton, Esquire
Brown Rudnick
One Financial Center
Boston, MA 02111

Wayne Barsky, Esquire
Gibson Dunn
2029 Century Park East
Los Angeles, CA 90067-3026

Rebecca Unruh, Esquire
Goodwin Procter
135 Commonwealth Drive
Menlo Park, CA 94025

David J. Goldstone, Esquire
Douglas J. Kline, Esquire
Goodwin Procter LLP
Exchange Place, 53 State Street
Boston, MA 02109

Neema Jalali, Esquire
Gibson Dunn
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933

Jason W. Wolff, Esquire
John W. Thornburgh, Esquire
Fish & Richardson PC
12390 El Camino Real
San Diego, CA 92130

Robert C. Earle, Esquire
Fish & Richardson PC
1717 Main Street, Suite 5000
Dallas, TX 75201

Douglas E. Lumish, Esquire
Jeffrey G. Homrig, Esquire
Parker C. Ankrum, Esquire
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

Tal Kedem, Esquire
Fish & Richardson PC
601 Lexington Avenye, 52nd Floor
New York, NY 10022

Frank E. Scherkenbach, Esquire
Fish & Richardson PC
One Marina Park Drive
Boston, MA 02110


February 29, 2012

Of Counsel:

James C. Otteson
David A. Caine
Thomas T. Carmack
Philip W. Marsh
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
(650) 227-4800
jim@agilityiplaw.com
dacaine@agilityiplaw.com
tom@agilityiplaw.com
phil@agilityiplaw.com

BAYARD, P.A.

/s/ *Stephen B. Brauerman*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Walker Digital, LLC*