IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-423 (LPS) (CJB) |
| | ) |
| CRYPTIC STUDIOS, INC.; ELECTRONIC ARTS, INC; GAIA INTERACTIVE, INC; PEARSON EDUCATION, INC; PLAYFISH, INC.; PLAYDOM, INC.; TURBINE, INC.; WALT DISNEY CO.; and ZYNGA, INC., | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Melissa L. Troutner should be withdrawn as an attorney of record for Defendant Gaia Interactive, Inc. ("Gaia") in the above case. All other current counsel of record will continue to represent Gaia in this matter, and are not intended to be affected by this notice.

It is requested that the Clerk of the Court please make the appropriate deletion in the list of persons receiving notices of electronic filings in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa L. Troutner*

OF COUNSEL:

Douglas J. Kline
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa L. Troutner (#4627)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mtroutner@mnat.com
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025

March 9, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on March 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on March 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| John W. Shaw, Esquire<br>SHAW KELLER LLP<br>800 Delaware Avenue, 4th Floor<br>Wilmington, DE  19801<br>*Attorneys for Pearson Education, Inc.* | *VIA ELECTRONIC MAIL* |
| Amr O. Aly, Esquire<br>KILPATRICK TOWNSEND & STOCKTON LLP<br>31 W. 52nd Street, 14th Floor<br>New York, NY  10019<br>*Attorneys for Pearson Education, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Wayne M. Barsky, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>2029 Century Park East<br>Los Angeles, CA  90067-3026<br>*Attorneys for Cryptic Studios, Inc., Electronic Arts, Inc., Playfish, Inc., Turbine, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Jason C. Lo, Esquire<br>Timothy P. Best, Esquire<br>Jennifer J. Rho, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA  71-3197<br>*Attorneys for Cryptic Studios, Inc., Electronic Arts, Inc., Playfish, Inc., Turbine, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |
| Neema Jalali, Esquire<br>GIBSON DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA  94105-2933<br>*Attorneys for Cryptic Studios, Inc., Electronic Arts, Inc., Playfish, Inc., Turbine, Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Melissa L. Troutner*

Melissa L. Troutner (#4627)