IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-322 (SLR) |
| | ) |
| ACTIVISION BLIZZARD, INC.; et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Melissa L. Troutner should be withdrawn as an attorney of record for Defendant Yahoo! Inc. ("Yahoo") in the above case. All other current counsel of record will continue to represent Yahoo in this matter, and are not intended to be affected by this notice.

It is requested that the Clerk of the Court please make the appropriate deletion in the list of persons receiving notices of electronic filings in this case.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Melissa L. Troutner*

OF COUNSEL:

Douglas E. Lumish
Jeffrey G. Homrig
Parker C. Ankrum
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 94065
(650) 453-5170

Patricia Young
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Melissa L. Troutner (#4267)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com
mtroutner@mnat.com
*Attorneys for Yahoo! Inc.*

March 9, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on March 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Suite 1033<br>Menlo Park, CA  94025<br>*Attorneys for Plaintiff* | VIA ELECTRONIC MAIL |
| Karineh Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA  94304<br>*Attorneys for Sony Computer Entertainment America LLC* | VIA ELECTRONIC MAIL |
| Jeffrey L. Moyer, Esquire<br>Kelly Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Miniclip Tech (US) Limited, Inc.* | VIA ELECTRONIC MAIL |

Edward J. Naughton, Esquire    *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire    *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue – 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire    *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue
52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street
Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire    *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue
Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire *VIA ELECTRONIC MAIL*
BARCELO, HARRISON & WALKER, LLP
2901 West Coast Hwy.
Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Jason C. Lo, Esquire *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

Neema Jalali, Esquire *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc. and Zynga Inc.*

| | |
|---|---|
| Douglas J. Kline, Esquire<br>David J. Goldstone, Esquire<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA  02109<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Rebecca Unruh, Esquire<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA  94025<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Jack B. Blumenfeld<br>Rodger D. Smith II<br>Melissa L. Troutner<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>*Attorneys for Activision Blizzard, Inc.; Atari, Inc.; Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Gaia Interactive Inc; Electronic Arts Inc.; PopCap Games, Inc.; Turbine, Inc.; Turner Digital Basketball Services, Inc.; Yahoo! Inc. and Zynga Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Melissa L. Troutner*

---
Melissa L. Troutner  (#4627)