IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ACTIVISION BLIZZARD, INC., *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 11-322 (SLR) |

**CRYPTIC STUDIOS, INC.'S AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Cryptic Studios, Inc. hereby states that Perfect World Entertainment Inc., a Delaware corporation, is its parent corporation, and its ultimate corporate parent is Perfect World Co., Ltd., a publicly traded corporation.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067
(310) 552-8500

Jason C. Lo
Timothy P. Best
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000

April 9, 2012
5856789

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)
Benjamin J. Schladweiler (#4601)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
bschladweiler@mnat.com

*Attorneys for Cryptic Studios, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 9, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Richard D. Kirk, Esquire<br>Stephen B. Brauerman, Esquire<br>BAYARD, P.A.<br>222 Delaware Avenue<br>Suite 900<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| James C. Otteson, Esquire<br>David A. Caine, Esquire<br>Thomas T. Carmack, Esquire<br>Philip Marsh, Esquire<br>Xiang Long, Esquire<br>AGILITY IP LAW, LLC<br>149 Commonwealth Drive<br>Menlo Park, CA 94025<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Karineh Khachatourian, Esquire<br>Bryan Sinclair, Esquire<br>K&L GATES LLP<br>630 Hansen Way<br>Palo Alto, CA 94304<br>*Attorneys for Sony Computer Entertainment America LLC* | *VIA ELECTRONIC MAIL* |
| Jeffrey L. Moyer, Esquire<br>Kelly Farnan, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Miniclip Tech (US) Limited, Inc.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Edward J. Naughton, Esquire<br>Rebecca A. MacDowell, Esquire<br>BROWN RUDNICK LLP<br>One Financial Center<br>Boston, MA 02111<br>*Attorneys for Miniclip Tech (US) Limited, Inc.* | *VIA ELECTRONIC MAIL* |
| William J. Marsden, Jr., Esquire<br>Tara D. Elliott, Esquire<br>Lauren Murphy Pringle, Esquire<br>FISH & RICHARDSON P.C.<br>222 Delaware Avenue – 17th Floor<br>Wilmington, DE 19801<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Frank E. Scherkenbach, Esquire<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02110<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Jason W. Wolff, Esquire<br>John W. Thornburgh, Esquire<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Tal Kedem, Esquire<br>FISH & RICHARDSON P.C.<br>601 Lexington Avenue<br>52nd Floor<br>New York, NY 10022-4611<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |
| Robert C. Earle, Esquire<br>FISH & RICHARDSON P.C.<br>1717 Main Street<br>Suite 5000<br>Dallas, TX 75201<br>*Attorneys for Microsoft Corporation* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Douglas J. Kline, Esquire<br>GOODWIN PROCTER LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Rebecca Unruh, Esquire<br>GOODWIN PROCTER LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>*Attorneys for Gaia Interactive, Inc.* | *VIA ELECTRONIC MAIL* |
| Douglas E. Lumish, Esquire<br>Jeffrey G. Homrig, Esquire<br>Parker C. Ankrum, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>333 Twin Dolphin Drive<br>Suite 200<br>Redwood Shores, CA 94065<br>*Attorneys for Yahoo! Inc.* | *VIA ELECTRONIC MAIL* |
| Patricia Young, Esquire<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>1633 Broadway<br>New York, NY 10019<br>*Attorneys for Yahoo! Inc.* | *VIA ELECTRONIC MAIL* |

/s/ Jack B. Blumenfeld

Jack B. Blumenfeld (#1014)