IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WALKER DIGITAL, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 11-322 (SLR) |
| | ) | |
| ACTIVISION BLIZZARD, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Defendant Yahoo! Inc.'s First Supplemental Objections and Responses to Walker Digital, LLC's First Set of Common Interrogatories (Nos. 2, 7-8)* were caused to be served on April 27, 2012 upon the following in the manner indicated:

Richard D. Kirk, Esquire                                   *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Michelle G. Breit, Esquire                                 *VIA ELECTRONIC MAIL*
John W. Downing, Esquire
OTTESON LAW GROUP
AGILITY IP LAW, LLP
14350 North 87th Street, Suite 190
Scottsdale, AZ  85260
*Attorneys for Plaintiff*

James C. Otteson, Esquire                               *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip W. Marsh, Esquire
Kim Zapata, Esquire
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
*Attorneys for Plaintiff*

Karineh Khachatourian, Esquire                          *VIA ELECTRONIC MAIL*
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
*Attorneys for Sony Computer Entertainment*
*America LLC*

Jeffrey L. Moyer, Esquire                               *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                             *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                        *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                          *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                                 *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                             *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                                  *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                            *VIA ELECTRONIC MAIL*
BARELO, HARRISON & WALKER, LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                                    *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Electronic*
*Arts Inc.; PopCap Games, Inc.; Turbine, Inc.;*
*and Turner Digital Basketball Services, Inc.*

Jason C. Lo, Esquire                                        *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Electronic*
*Arts Inc.; PopCap Games, Inc.; Turbine, Inc.;*
*and Turner Digital Basketball Services, Inc.*

Neema Jalali, Esquire                                       *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Electronic*
*Arts Inc.; PopCap Games, Inc.; Turbine, Inc.;*
*and Turner Digital Basketball Services, Inc.*

Douglas J. Kline, Esquire                                   *VIA ELECTRONIC MAIL*
David J. Goldstone, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh, Esquire                                      *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025
*Attorneys for Gaia Interactive, Inc.*

Jack B. Blumenfeld, Esquire                                        *VIA ELECTRONIC MAIL*
Rodger D. Smith II, Esquire
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Gaia*
*Interactive Inc; Electronic Arts Inc.; PopCap*
*Games, Inc.; Turbine, Inc.; Turner Digital and*
*Basketball Services, Inc.; Yahoo! Inc.*

                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                    */s/ Michael J. Flynn*
                                    _____
                                    Jack B. Blumenfeld (#1014)
                                    Rodger D. Smith II (#3778)
                                    Michael J. Flynn (#5333)
                                    1201 North Market Street
                                    P.O. Box 1347
                                    Wilmington, DE  19899
OF COUNSEL:                         (302) 658-9200
                                    jblumenfeld@mnat.com
Douglas E. Lumish                   rsmith@mnat.com
Jeffrey G. Homrig                   mflynn@mnat.com
Parker C. Ankrum
Patricia Young                      *Attorneys for Yahoo! Inc.*
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA  94065
(650) 453-5170

April 27, 2012

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that I caused copies of the foregoing document to be served on April 27, 2012, upon the following in the manner indicated:

Richard D. Kirk, Esquire                                            *VIA ELECTRONIC MAIL*
Stephen B. Brauerman, Esquire
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
*Attorneys for Plaintiff*

Michelle G. Breit, Esquire                                          *VIA ELECTRONIC MAIL*
John W. Downing, Esquire
OTTESON LAW GROUP
AGILITY IP LAW, LLP
14350 North 87th Street, Suite 190
Scottsdale, AZ  85260
*Attorneys for Plaintiff*

James C. Otteson, Esquire                                           *VIA ELECTRONIC MAIL*
David A. Caine, Esquire
Thomas T. Carmack, Esquire
Philip W. Marsh, Esquire
Kim Zapata, Esquire
AGILITY IP LAW, LLC
1900 University Circle, Suite 201
East Palo Alto, CA  94303
*Attorneys for Plaintiff*

Karineh Khachatourian, Esquire                    *VIA ELECTRONIC MAIL*
Bryan Sinclair, Esquire
K&L GATES LLP
630 Hansen Way
Palo Alto, CA  94304
*Attorneys for Sony Computer Entertainment*
*America LLC*

Jeffrey L. Moyer, Esquire                         *VIA ELECTRONIC MAIL*
Kelly Farnan, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Miniclip Tech (US) Limited, Inc.*

Edward J. Naughton, Esquire                       *VIA ELECTRONIC MAIL*
Rebecca A. MacDowell, Esquire
BROWN RUDNICK LLP
One Financial Center
Boston, MA  02111
*Miniclip Tech (US) Limited, Inc.*

William J. Marsden, Jr., Esquire                  *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Lauren Murphy Pringle, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801
*Attorneys for Microsoft Corporation*

Frank E. Scherkenbach, Esquire                    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110
*Attorneys for Microsoft Corporation*

Jason W. Wolff, Esquire                           *VIA ELECTRONIC MAIL*
John W. Thornburgh, Esquire
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
*Attorneys for Microsoft Corporation*

Tal Kedem, Esquire                                      *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
601 Lexington Avenue, 52nd Floor
New York, NY  10022-4611
*Attorneys for Microsoft Corporation*

Robert C. Earle, Esquire                                *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
*Attorneys for Microsoft Corporation*

Richard L. Horwitz, Esquire                             *VIA ELECTRONIC MAIL*
David E. Moore, Esquire
POTTER ANDERSON & CORROON LLP
1313 North Market Street
Wilmington, DE  19801
*Attorneys for Valve Corporation*

Bryan J. Case, Esquire                                  *VIA ELECTRONIC MAIL*
Gavin W. Skok, Esquire
Jayson W. Sowers, Esquire
RIDDELL WILLIAMS P.S.
1001 Fourth Avenue, Suite 4500
Seattle, WA  98154
*Attorneys for Valve Corporation*

Reynaldo C. Barcelo, Esquire                            *VIA ELECTRONIC MAIL*
BARELO, HARRISON & WALKER, LLP
2901 West Coast Highway, Suite 200
Newport Beach, CA 92663
*Attorneys for Valve Corporation*

Wayne M. Barsky, Esquire                                *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA  90067
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Electronic*
*Arts Inc.; PopCap Games, Inc.; and Turbine,*
*Inc.*

3

Jason C. Lo, Esquire                                   *VIA ELECTRONIC MAIL*
Timothy P. Best, Esquire
Jennifer J. Rho, Esquire
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Electronic*
*Arts Inc.; PopCap Games, Inc.; and Turbine,*
*Inc.*

Neema Jalali, Esquire                                  *VIA ELECTRONIC MAIL*
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Franciso, CA  94105-2933
*Attorneys for Atari, Inc.; Cartoon Interactive*
*Group, Inc.; Cryptic Studios, Inc.; Electronic*
*Arts Inc.; PopCap Games, Inc.; and Turbine,*
*Inc.*

Douglas J. Kline, Esquire                              *VIA ELECTRONIC MAIL*
David J. Goldstone, Esquire
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
*Attorneys for Gaia Interactive, Inc.*

Rebecca Unruh, Esquire                                 *VIA ELECTRONIC MAIL*
GOODWIN PROCTER LLP
135 Commonwealth Drive
Menlo Park, CA  94025
*Attorneys for Gaia Interactive, Inc.*


                              */s/ Michael J. Flynn*
                              _____
                              Michael J. Flynn (#5333)