IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

WALKER DIGITAL, LLC,

        Plaintiff,

  v.

ATARI, INC., et al.,

        Defendants.

C.A. No. 11-cv-322-SLR

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 27, 2012, true and correct copies of **DEFENDANTS' INITIAL INVALIDITY CONTENTIONS FOR U.S. PATENT NO. 5,970,143** and **DEFENDANTS' INITIAL INVALIDITY CONTENTIONS FOR U.S. PATENT NO. 5,768,382** were caused to be served on the following attorney of record via e-mail:

| | |
|---|---|
| Richard D. Kirk | James C. Otteson |
| Stephen B. Brauerman | David A. Caine |
| Vanessa R. Tiradentes | Thomas T. Carmack |
| BAYARD, P.A. | Philip Marsh |
| 222 Delaware Avenue, Suite 900 | Kim Zapata |
| P.O. Box 25130 | AGILITY IP LAW, LLC |
| Wilmington, DE 19899 | 1900 University Circle, Suite 201 |
| | East Palo Alto, CA 94303 |

DATED: April 30, 2012         FISH & RICHARDSON P.C.

By: */s/ Lauren Murphy Pringle*
William J. Marsden, Jr. (#2247)
Lauren Murphy Pringle (#5375)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
marsden@fr.com
pringle@fr.com

*Attorneys for Defendant Microsoft Corp.*

*On behalf of Atari, Inc., Cartoon Interactive Group, Inc.; Cryptic Studios, Inc.; Electronic Arts Inc.; Gaia Interactive, Inc., Miniclip Tech (US) Limited, Inc.; PopCap Games, Inc.; Sony Computer Entertainment America LLC; Turbine, Inc. and Yahoo! Inc.*