# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-322-SLR |
| ) | |
| CRYPTIC STUDIOS INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT CRYPTIC STUDIOS INC.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Walker Digital, LLC and Defendant Cryptic Studios Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), and subject to the approval of the Court, that all claims between them in this action be, and upon approval are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Stephen B. Brauerman* | /s/ *Jack B. Blumenfeld* |
| Richard D. Kirk (rk0922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (sb4952) | 1201 North Market Street |
| 222 Delaware Avenue, Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899-1347 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | |
| | *Attorneys for Defendant Cryptic Studios Inc.* |
| *Attorneys for Plaintiff* | |
| *Walker Digital, LLC* | |

**IT IS SO ORDERED** this ____ day of _____, 2012.

_____
United States District Judge